UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | | |
|---|---|---|
| RON BARACK, and DONNA MOORE BARACK, | ) ) ) ) | |
| Plaintiffs, | ) ) | 09-cv-00565 (TLM) |
| v. | ) ) | |
| AMERICAN HONDA MOTOR COMPANY, INC., and HONDA MOTOR COMPANY, LTD., and HONDA MANUFACTURING OF ALABAMA, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | FEBRUARY 11, 2013 |

## THE PARTIES' JOINT SUBMITTAL

Plaintiffs Ron and Donna Barack by counsel Kreindler & Kreindler LLP, and defendants American Honda Motor Co., Inc., Honda Motor Company, Ltd. and Honda Manufacturing of Alabama, LLC, by counsel Campbell, Campbell, Edwards & Conroy, respectfully submit this Joint Submittal.

**I.   Pending Motions *In Limine*:**

(A)   Plaintiffs' Motions *In Limine*:

    1.    Plaintiffs' Motion *In Limine* to preclude Officer McGinnis from Testifying Regarding the Speed of the Vehicle and the Cause of the Accident And to Preclude Any Portion of his Police Report on Those Matters [Docket No. 164, Exhibit # 7][1]; and

    2.    Plaintiffs' Motion *In Limine* to Exclude all Evidence Concerning Frontal Airbags and Side Impact Airbags in Non-Rollover Accidents and the

---

[1] In accordance with the Court's November 1, 2012 Trial Memorandum Order, all Motions *in Limine* were filed on December 17, 2012 as attachments to the parties' Trial Memorandum. Accordingly, all currently pending Motions *in Limine* are included in Docket No. 164 and are referenced herein by Exhibit number to the parties' Trial Memorandum.

        Dangers Posed by These Airbags when Deployed at Low Impact Speeds [Docket No. 64, Exhibit # 12]

(B)    <u>Defendants' Motions *in Limine:*</u>

    1.    Defendants' Motion *In Limine* to Preclude Evidence Concerning Other Incidents, Accidents, Claims and Lawsuits [Docket No. 64, Exhibit No. 13];

    2.    Defendants' Motion *In Limine* to Strike Plaintiff's Rebuttal Expert Disclosure [Docket No. 64, Exhibit No. 14];

    3.    Defendants' Motion *In Limine* to Preclude Testimony and Records of Psychologist Sabrina Breed, Ph.D. [Docket No. 64, Exhibit No. 15];

    4.    Defendants' Motion *In Limine* to Preclude Testimony at Trial by Plantiffs' Children [Docket No. 64, Exhibit No. 16];

    5.    Defendants' Motion *In Limine* to Preclude Evidence Relating to the Plaintiffs' Claim for Punitive Damages [Docket No. 64, Exhibit No. 17]; and

    6.    Defendants' Motion *In Limine* to Preclude the Quarter Roll Test and Associated Video and Paper of Plaintiffs' Expert Donald Phillips [Docket No. 64, Exhibit No. 18].

**II.    Additional Motions/Motions *In Limine* to be Submitted:**

(A)    <u>Plaintiffs' Motions/Motions *In Limine*</u>:

    1.    Motion to Modify Witness List.

        In light of the Court's instruction as to each party's Will-Call Witness List included in the Court's January 11, 2013 Jury Trial Procedure Order and as the plaintiffs' claims are being narrowed, the plaintiffs may seek leave to modify their witness list to remove witnesses who are not likely to be called.

(B)    <u>Defendants' Motions/ Motions *In Limine:*</u>

    1.    Motion *In Limine* Concerning Glazing Claims.

        The plaintiffs recently confirmed for the defendants that they intend to withdraw claims of defect relating to the glazing system in the vehicle. The defendants anticipate working with the plaintiffs to define the state of the claims that will be pursued. As those discussions are continuing and

formal agreements have not yet been reached, it is possible that the defendants may find it necessary to move *in limine* on related issues to the extent disagreements remain among the parties on the scope of admissible evidence in light of said narrowed claims.

2. Motion to Change the Status of Expert Jeffrey Rochette to a Retained Expert.

The defendants anticipate filing a motion to permit them to change the status of previously disclosed expert Jeffrey Rochette from being a non-retained expert to a retained expert. The disclosure otherwise would remain the same. At the time of the disclosure, Mr. Rochette was an employee of nonparty TRW, Inc. which provided discovery in this matter. Mr. Rochette was disclosed as a non-retained expert employee of TRW, Inc. to address issues concerning the design, development and testing of the side curtain airbag sensing system, documents produced by TRW, Inc. and related matters. Mr. Rochette has left the employ of TRW, Inc. and is now a consultant. Accordingly, given the change in employment for Mr. Rochette, the defendants will seek leave from the Court to change his status to being a retained expert. The anticipated testimony as set forth in the disclosure previously served would not change.

Plaintiffs' Objection:

Plaintiffs object to the late disclosure of this expert, including a changed status of a witness, by Defendant. And having just learned of this may file a motion *in limine* objecting to the late disclosure. It should be noted that defendant objected to the alleged late disclosure of some of plaintiffs' damage experts over a year ago which the court sustained.

    3.       Motion to Modify Witness List.

                In light of the Court's instruction as to each party's Will-Call Witness List included in the Court's January 11, 2013 Jury Trial Procedure Order and as the plaintiffs' claims are being narrowed, the defendants may seek leave to modify their witness list to remove witnesses who are not likely to be called.

Dated: February 11, 2013

| RON BARACK AND<br>DONNA MOORE BARACK | HONDA MANUFACTURING OF,<br>ALABAMA, LLC, AMERICAN HONDA<br>MOTOR CO., INC., and<br>HONDA MOTOR CO., LTD |
|---|---|
| By their Attorneys | By their Attorneys |
| KREINDLER & KREINDLER LLP | CAMPBELL CAMPBELL EDWARDS<br>& CONROY, P.C., |
| /s/ Andrew Maloney<br>Noah H. Kushlefsky, Esq. (CT phv04526)<br>Andrew J. Maloney III, Esq. (CT15639)<br>750 Third Avenue<br>New York, NY 10017<br>Tel. No.: (212) 687-8181<br>Fax No.: (212) 972-9432<br>amaloney@kreindler.com<br>nkushlefsky@kreindler.com | /s/ Michelle I. Schaffer<br>James M. Campbell (Juris # 09276)<br>Michelle I. Schaffer (Juris # 15607)<br>One Constitution Center<br>Boston, MA 02129<br>Tel. No. (617) 241-3000<br>Fax No.: (617) 241-5115<br>jmcampbell@campbell-trial-lawyers.com<br>mschaffer@campbell-trial-lawyers.com |

## CERTIFICATE OF SERVICE

       I hereby certify that on February 11, 2013 a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

       Andrew J. Maloney, Esquire
       Noah H. Kushlefsky, Esquire
       Kreindler & Kreindler
       750 Third Avenue
       New York, NY 10017

                                          /s/ Michelle I. Schaffer
                                             Michelle I. Schaffer