UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | | |
|---|---|---|
| RON BARACK and DONNA MOORE BARACK, | ) ) ) | |
| *Plaintiffs*, | ) ) ) | 09-cv-00565 (TLM) |
| vs. | ) ) ) | |
| AMERICAN HONDA MOTOR COMPANY, INC., HONDA MOTOR COMPANY, LTD., and HONDA MANUFACTURING OF ALABAMA, | ) ) ) ) ) ) ) | |
| *Defendants*. | ) | February 25, 2013 |

**PLAINTIFFS RESPONSE TO DEFENDANTS' MOTION IN LIMINE
TO PRECLUDE THE QUARTER ROLL TEST AND ASSOCIATED VIDEO
AND PAPER OF PLAINTIFFS' EXPERT DONALD PHILLIPS**

Plaintiffs do not intend to offer the Phillips test or paper related to the use of laminated versus tempered glass in a front side widow. Plaintiffs agree that the test and paper are not substantially similar in showing how the window in the Barack minivan shattered. Nor are they relevant.

Honda's expert Michael Carhart opined that even had the Barack window been laminated or glazed, it would likely still have shattered creating an open portal for ejection. Further, if the window had been rolled down, the same portal would exist. The only way to properly mitigate ejection and partial ejection of a seat belted passenger is through the use of the side curtain airbags to deploy during the rollover.

Plaintiffs similarly object to any tests, prior incidents, lawsuits, studies and/or anecdotal evidence that defendants speculate to show Mr. Barack's left hand *might* still have been ejected

1

even had the side curtain airbag been deployed. Defendants have the burden to show that any such evidence is substantially similar to Mr. Barack's incident.

Dated: February 25, 2013

                              Respectfully submitted,

                              KREINDLER & KREINDLER LLP

By: _____
      Noah Kushlefsky, Esq. (Bar ID: phv04526)
      Andrew J. Maloney (Bar No. CT15639)
      750 Third Avenue
      New York, NY 10017
      nkushlefsky@kreindler.com
      amaloney@kreindler.com
      (212) 687-8181

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing *PLAINTIFFS RESPONSE TO DEFENDANT'S MOTION IN LIMINE TO PRECLUDE THE QUARTER ROLL TREST AND ASSOCIATED VIDEO AND PAPER OF PLAINTIFFS' EXPERT DONALD PHILLIPS* was served via email and regular mail this 25 day of February 2013 upon:

>James M. Campbell, Esq.
>Michelle I. Schaffer, Esq.
>Campbell Campbell Edwards & Conroy
>One Constitution Plaza, Third Floor
>Boston, MA 02129
>(617) 241-3000
>jcampbell@campbell-trial-lawyers.com
>mschaffer@campbell-trial-lawyers.com
>Attorneys for Defendants

_____
Andrew J. Maloney III