UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
---------------------------------------------------------------- X
Ron Barack, et al.,

                                            Plaintiffs,        **SCHEDULING ORDER**
            -against-                                                        Case No. 09-cv-565

American Honda Motor Co., Inc., et al.,

                                            Defendants,
---------------------------------------------------------------- X

       A hearing on the plaintiffs' motions in limine [Rec. Docs. 164-7, 164-12] and defendants' motions in limine [Rec. Docs. 164-13, 164-15, 164-16, 164-17, 164-18, 179] will be conducted before United States District Judge Tucker L. Melançon on **Wednesday, July 24, 2013 at 11:00 a.m. EDT,** and, if necessary, will continue to **Thursday, July 25, 2013.** In the event of a settlement prior to the hearing, the attorneys for the parties have the joint and mutual obligation to notify the Court through its law clerk, Brendan Clegg, at brendan_clegg@lawd.uscourts.gov. In the event the attorneys need to contact the Court, they should do so through Mr. Clegg.

       **SO ORDERED.**

                                                                       Tucker L. Melançon
                                                                      United States District Judge

April 9, 2013
Bridgeport, CT