UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------- X
Ron Barack, et al.,

                                Plaintiffs,        **ORDER**

      -against-                                    Case No. 09-cv-565

American Honda Motor Co., Inc., et al.,

                                Defendants,
------------------------------------------------------------- X

      Before the Court is defendants' Renewed Motion to Preclude the Testimony and Records of Treater Sabrina Breed. [Rec. Doc. 186].  Defense counsel correctly points out that plaintiffs' counsel was to submit a summary from Dr. Breed in accordance with Federal Rule of Civil Procedure 26(a)(2)(C) to both defense counsel and to the Court by May 2, 2013, as set out in the Court's April 18, 2013 Order. [Rec. Doc. 184].  Defense counsel asserts that she has not received any such submission or communication from the plaintiffs regarding the summary.  The Court likewise has not received plaintiffs' submission.  As noted in the April 18 Order, the Court already had significant concerns regarding plaintiffs' counsel's actions related to the attempted inclusion of Dr. Breed as a witness in this case.  Based on the foregoing, it is

      **ORDERED** that plaintiffs' counsel is to submit a memorandum no more than three (3) pages in length by **12:00 p.m. EDT on Wednesday, May 8, 2013**, explaining why defendants' Motion should not be granted, and why Dr. Breed's testimony as Mr. Barack's treating physician should not be prohibited at trial.

      **SO ORDERED.**

                                                               _____
                                                               Tucker L. Melançon
                                                               United States District Judge

May 3, 2013
Bridgeport, CT