

# KREINDLER & KREINDLER LLP

### TRADITION OF EXCELLENCE

750 Third Avenue
New York, NY 10017-2703
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com

May 16, 2013

**VIA ECF**
Judge Tucker L. Melançon
Senior United States District Judge  for the District of Connecticut
Brien McMahon Federal Bldg., United States Courthouse
915 Lafayette Boulevard - Suite 335
Bridgeport, Connecticut 06604

      Re:   <u>Barack v. Honda, et al.</u>
              09-cv-00565 (AWT)

Dear Judge Melançon,

      The Court has set a hearing for July 24, 2013 to take testimony from treating psychologist Dr. Sabrina Breed with respect to defendants' motion and renewed motion to preclude her testimony and records as a treating psychological healthcare provider.   Plaintiffs' counsel has been informed by Dr. Breed that she is pregnant and due to give birth mid-August.  In e-mail correspondence yesterday, when reminded of the hearing date, Dr. Breed stated:

> I am not due until August 15th.  However, the pregnancy is high risk for a variety of reasons, and there is an expectation that the baby could easily come earlier.  So I don't really see July 24th as a safe date (although I am hoping I won't have delivered by then).  If it was possible for me to come sooner, it would be better, given that I know this is quite important.

      I wanted to bring this issue to the attention of the Court and defense counsel, and inquire as to whether there might be a date in early to mid-June to hold the hearing to avoid any possible issues with Dr. Breed's pregnancy.

                        Respectfully submitted.

                        Kreindler & Kreindler LLP

                        By:   Noah H. Kushlefsky

NHK:lr
cc:   James M. Campbell, Esq.
       Michelle I. Schaffer, Esq.

California Office
707 Wilshire Boulevard, Los Angeles, CA 90017-3613
Tel: (213) 622-6469  Fax: (213) 622-6019

Massachusetts Office
277 Dartmouth Street, Boston, MA 02116-2805
Tel: (617) 424-9100  Fax: (617) 424-9120