UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | | |
|---|---|---|
| RON BARACK and | ) | |
| DONNA MOORE BARACK, | ) | |
| | ) | |
| *Plaintiffs*, | ) | 09-cv-00565 (TLM) |
| | ) | |
| vs. | ) | |
| | ) | |
| AMERICAN HONDA MOTOR | ) | |
| COMPANY, INC., HONDA | ) | |
| MOTOR COMPANY, LTD., and | ) | |
| HONDA MANUFACTURING OF | ) | |
| ALABAMA, | ) | |
| | ) | |
| *Defendants.* | ) | |

**STIPULATION OF THE PARTIES CONCERNING PLAINTIFFS' WITHDRAWAL OF GLAZING CLAIMS**

The plaintiffs, Ron and Donna Moore Barack and the defendants Honda Manufacturing of Alabama, LLC, American Honda Motor Co., Inc. and Honda Motor Co., LTD hereby stipulate that the plaintiffs have withdrawn with prejudice their claims of defect as to the design and properties of the glazing for the window used in the driver's side window assembly in the

2006 Honda Odyssey.

Dated: June 26, 2013

| | |
|---|---|
| RON BARACK AND<br>DONNA MOORE BARACK | HONDA MANUFACTURING OF,<br>ALABAMA, LLC, AMERICAN HONDA MOTOR<br>CO., INC., and<br>HONDA MOTOR CO., LTD |
| By their Attorneys | By their Attorneys |
| KREINDLER & KREINDLER LLP | CAMPBELL CAMPBELL EDWARDS<br>& CONROY, P.C., |
| /s/ Andrew Maloney<br>Noah H. Kushlefsky, Esq. (CT phv04526)<br>Andrew J. Maloney III, Esq. (CT15639)<br>750 Third Avenue<br>New York, NY 10017<br>Tel. No.: (212) 687-8181<br>Fax No.: (212) 972-9432<br>amaloney@kreindler.com<br>nkushlefsky@kreindler.com | /s/ Michelle I. Schaffer<br>James M. Campbell (Juris # 09276)<br>Michelle I. Schaffer (Juris # 15607)<br>One Constitution Center<br>Boston, MA 02129<br>Tel. No. (617) 241-3000<br>Fax No.: (617) 241-5115<br>jmcampbell@campbell-trial-lawyers.com<br>mschaffer@campbell-trial-lawyers.com |

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2013 a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Andrew J. Maloney, Esquire
Noah H. Kushlefsky, Esquire
Kreindler & Kreindler
750 Third Avenue
New York, NY 10017

/s/ Michelle I. Schaffer
Michelle I. Schaffer