UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
--------------------------------------------------------------- X
Ron Barack, et al.,

                                Plaintiffs,          **MINUTE ENTRY**
      -against-                                Case No. 09-cv-565

American Honda Motor Co., Inc.,    et al.,           July 24, 2013

                                Defendants
--------------------------------------------------------------- X

       An on-the-record hearing was conducted this date before United States District Judge Tucker L. Melançon to discuss the parties' outstanding motions in limine. Participating were Andrew Maloney representing the Plaintiffs and Michelle Schaffer and James Campbell representing the Defendants. For the reasons stated on the record, the Court (1) reserved ruling on Plaintiffs' Motion in Limine to Preclude Officer Dann McInnis From Testifying Regarding the Speed of the Vehicle and the Cause of the Accident [Rec. Doc. 164-7]; (2) denied Plaintiffs' Motion in Limine to Exclude All Evidence Concerning Frontal Airbags and Side Impact Airbags in Non-Rollover Accidents [Rec. Doc. 164-12]; (3) reserved ruling on Defendants' Motion in Limine to Preclude Evidence Concerning Other Incidents, Accidents, Claims and Lawsuits [Rec. Doc. 164-13]; (4) denied Defendants' Motion in Limine to Preclude Testimony at Trial By Plaintiffs' Children [Rec. Doc. 164-16]; (5) denied Defendants' Motion in Limine to Preclude Evidence Relating to the Plaintiffs' Claim for Punitive Damages [Rec. Doc. 164-17]; (6) denied as moot Defendants' Motion in Limine to Preclude the Quarter Roll Test and Associated Video and Paper of Plaintiffs' Expert Donald Phillips [Rec. Doc. 164-18]; and (7) reserved ruling on Defendants' Motion to Permit Compensation to Their Unretained Expert Jeffrey Rochette [Rec. Doc. 179] subject to defense counsel advising Plaintiffs' counsel and the Court what part, if any,

Mr. Rochette will play at trial.

The Court will hold a *Daubert* hearing on either Wednesday, August 14, 2013, or Wednesday, August 28, 2013, to resolve Plaintiff's Motion in Limine to Preclude Officer Dann McInnis From Testifying [Rec. Doc. 164-7]. The attorneys for the parties will be notified of the exact date as soon as practicably possible and in no event later than August 7, 2013. Defense counsel was instructed to notify officer McInnis immediately that he is to be available on both dates to testify as to the investigation he conducted at the scene of the accident. The Court instructed Plaintiff's counsel that he is to file via ECF the supplemental memorandum in support of his Motion in Limine no later than **5:00 p.m. on Monday, July 29, 2013.** Defense counsel's opposition, if any there be, is to be filed via ECF no later than **5:00 p.m. on Friday, August 2, 2013.**

The Court instructed Plaintiff's counsel to file via ECF the accident information discussed during the hearing in relation to the testimony of his expert witness no later than **5:00 p.m. on Tuesday, August 6, 2013.** Defense counsel's response, if any there be, is to be filed no later than **5:00 p.m. on Friday, August 16, 2013.**

The Court further instructed that Plaintiffs' counsel is to cover the costs of the deposition of Mr. and Mrs. Barack's two adult children to be taken at a date, time and location that is mutually agreeable to the attorneys for both parties. The depositions of both witnesses are to be completed by Thursday, August 22, 2013.

Defense counsel is to notify the Court by 5:00 p.m. on Friday, August 2, 2013 whether their expert, Dr. Jane Mattson, will be called to testify at trial.