# KREINDLER & KREINDLER LLP

TRADITION OF EXCELLENCE

750 Third Avenue
New York, NY 10017-2703
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com

amaloney@kreindler.com
212-973-3438

July 29, 2013

Judge Tucker L. Melancon
Senior United States District Judge for the District of Connecticut
Brien McMahon Federal Bldg., United States Courthouse
915 Lafayette Boulevard - Suite 335
Bridgeport, Connecticut 06604

    Re:    <u>Barack v. Honda, et al.</u>
              09-cv-00565 (AWT)

Dear Judge Melancon,

    At last week's settlement conference you asked me why plaintiff cancelled the mediation that was scheduled to take place in September 2010. As indicated, we were not his counsel at the time, but I pledged to find out and let you know.

    Attached are two emails from the predecessor counsel William Gallagher and his co-counsel Patrick Ardis that he sent to me and discussed with me on Friday. Mr. Gallagher had to have unplanned surgery a few days before the mediation and both he and plaintiff felt it would be difficult for him to attend the mediation under the circumstances. Indeed, this fact caused plaintiff personal discomfort as well. Mr. Gallagher advised defense counsel of this fact and was advised that Honda had purchased a non-refundable plane ticket for its representative to fly in from California and that it would not consent to an adjournment. Mr. Gallagher pleaded and offered to pay for the plane ticket.

    Mr. Gallagher was advised that Honda would not agree and would thereafter never attend another mediation nor increase its offer in light of the last minute cancellation, even for medical reasons.

                                        Respectfully submitted.

                                        Kreindler & Kreindler LLP

                                        By:    Andrew J. Maloney

AJM/dp
cc:  Michelle I. Schaffer, Esq.

California Office
707 Wilshire Boulevard, Los Angeles, CA 90017-3613
Tel: (213) 622-6469  Fax: (213) 622-6019

Massachusetts Office
277 Dartmouth Street, Boston, MA 02116-2805
Tel: (617) 424-9100  Fax: (617) 424-9120

# Andrew J. Maloney

| | |
|---|---|
| From: | Patrick Ardis [pardis@wolffardis.com] |
| Sent: | Friday, September 17, 2010 5:30 AM |
| To: | Schaffer, Michelle I. |
| Cc: | William F. Gallagher |
| Subject: | RE: Barack: Mediation |
| Attachments: | Patrick M Ardis.vcf |

I am advised that there will be no mediation on Monday.

Two factors played into the decision – Surgery of Mr. Gallagher on Friday which will put him out of action and questionable for attendance on Monday and Ron Barack is physically ill. The Barack's want Mr. Gallagher in attendance and on the top of his game and there is no assurance that Ron Barack will be feeling better by Monday.

I am assured it is not a whim or a change of heart which led to the last minute request to postpone – not cancel the mediation.

Maybe your client – who is suffering the same penalty as me – the loss of a reduced fare airline ticket - will reconsider its position and abide by the request for a thirty day delay?

As I suggested to you yesterday – we should defer all actions – move all deadlines as we need to do – to not cause your client any additional expenses during this delay period.

Please advise




**Patrick M Ardis**


**Patrick M Ardis**
Wolff Ardis P.C.
Attorney
(901) 763-3336 Work
(901) 754-7850 Work
(901) 763-3376 Business Fax
(901) 483-3259 Mobile
5810 Shelby Oaks Drive
Memphis, TN. 38134
United States of America

### CONFIDENTIALITY NOTICE

This electronic transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender which is protected by the attorney-client privilege and/or work product doctrine. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance to the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone, (901) 763-3336, to arrange for return of the documents.

**From:** Schaffer, Michelle I. [mailto:mschaffer@Campbell-trial-lawyers.com]
**Sent:** Thursday, September 16, 2010 7:25 PM
**To:** Patrick Ardis
**Cc:** Campbell, James M.; Schaffer, Michelle I.
**Subject:** Barack: Mediation

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
Your mail has been scanned by InterScan VirusWall.
\*\*\*\*\*\*\*\*\*\*\*-\*\*\*\*\*\*\*\*\*\*\*

I made no threats. Had I been able to reach you, I would have discussed my client's position with you directly.

Bill told me that he would contact Mr. Barack this evening and then let me know whether Mr. Barack persists in wanting to cancel the mediation for Monday. I have not heard back from Bill and understand that he is having surgery tomorrow. If, and when, you know the answer to whether Mr. Barack still desires to cancel the mediation for Monday, please let me know. My client needs to know by tomorrow so that he can make appropriate arrangements because he was going to be traveling on the weekend to be here by Monday.

I appreciate your courtesy in this regard.

---

**From:** Patrick Ardis [mailto:pardis@wolffardis.com]
**Sent:** Thursday, September 16, 2010 7:48 PM
**To:** Schaffer, Michelle I.
**Subject:** Re: Please call me 617 241-3012

I got message and it has been passed along. Threatening Barack may not be productive.

Patrick M Ardis

On Sep 16, 2010, at 3:38 PM, "Schaffer, Michelle I." <mschaffer@Campbell-trial-lawyers.com> wrote:

> \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
> Your mail has been scanned by InterScan VirusWall.
> \*\*\*\*\*\*\*\*\*\*\*-\*\*\*\*\*\*\*\*\*\*\*
>
>
>
> **Michelle I. Schaffer**
> **Campbell Campbell Edwards & Conroy**
>  **Professional Corporation**
>
> <campbell logo.jpg>
>
> One Constitution Plaza
> Boston, MA  02129
> Tel:   (617) 241-3102
> Fax:   (617) 241-5115
> Email:  mschaffer@campbell-trial-lawyers.com
>
> **Note** : This e-mail contains information from the law firm of Campbell Campbell Edwards & Conroy Professional Corporation that may be proprietary, confidential, or protected under the attorney- client privilege or work-product doctrine. This e-mail is intended for the use only of the named recipient. If you are not the intended recipient

2

# Andrew J. Maloney

| | |
|---|---|
| **From:** | William F. Gallagher [wfg@gallagher-lawfirm.com] |
| **Sent:** | Thursday, September 16, 2010 5:08 PM |
| **To:** | Ron Barack; Donna Barack |
| **Cc:** | Patrick Ardis |
| **Subject:** | Mediation -  vs. Honda |

Michelle Schaeffer called me today at 4:30 p.m. to advise that if the mediation is cancelled Honda will not negotiate any further.  She has been advised that her adjuster is travelling from California, has a non –refundable ticket, and if the mediation does not proceed on Monday, September 20, there will be no further settlement discussions in this matter by Honda.

I offered to reimburse the cost of the non-refundable plane ticket.  Michelle advised that "my instructions" are to advise that is the mediation does not proceed there will be no further settlement discussions.

I am relaying this information to everyone now.  I will not be available at all tomorrow.  If there is a change in the decision and you plan to mediate please let my office know and we will advise counsel.

Very truly yours,


William F. Gallagher

The Gallagher Law Firm

1