UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | | |
|---|---|---|
| RON BARACK and<br>DONNA MOORE BARACK, | ) <br> ) <br> ) | |
| *Plaintiffs*, | ) <br> ) | 09-cv-00565 (TLM) |
| vs. | ) <br> ) | |
| AMERICAN HONDA MOTOR<br>COMPANY, INC., HONDA<br>MOTOR COMPANY, LTD., and<br>HONDA MANUFACTURING OF<br>ALABAMA, | ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| *Defendants*. | ) | |

**THE DEFENDANTS' NOTICE OF WITHDRAWAL OF EXPERT JANE MATTSON**

The defendants, American Honda Motor Company, Inc., Honda Motor Company, LTD. and Honda Manufacturing of Alabama, LLC hereby give notice to the Court and counsel of their intention to withdraw previously disclosed expert Jane Mattson, Ph.D., CLCP, CRC, OTR, CCM, CDMS as an expert witness in light of the Court's Order of May 14, 2013, Document 193.

The defendants, therefore, will not call Dr. Mattson as an expert to testify at trial.

Dated: July 31, 2013

        HONDA MANUFACTURING OF ALABAMA, LLC,
AMERICAN HONDA MOTOR COMPANY, INC., and
HONDA MOTOR COMPANY, LTD.

By their Attorneys
CAMPBELL CAMPBELL EDWARDS &
CONROY, P.C.,

     /s/ Michelle I. Schaffer
James M. Campbell (Juris # 09276)
Michelle I. Schaffer (Juris # 15607)
One Constitution Center
Boston, MA 02129
Tel. No. (617) 241-3000

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2013 a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    Andrew J. Maloney, Esquire
    Noah H. Kushlefsky, Esquire
    Kreindler & Kreindler
    750 Third Avenue
    New York, NY 10017

                       /s/ Michelle I. Schaffer
                       Michelle I. Schaffer