UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| RON BARACK and<br>DONNA MOORE BARACK,<br><br>*Plaintiffs*,<br><br>vs.<br><br>AMERICAN HONDA MOTOR<br>COMPANY, INC., HONDA<br>MOTOR COMPANY, LTD., and<br>HONDA MANUFACTURING OF<br>ALABAMA,<br><br>*Defendants*. | )<br>)<br>)<br>)  09-cv-00565 (TLM)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**THE DEFENDANTS' NOTICE REGARDING THE STATUS OF WITNESS JEFFREY ROCHETTE**

The defendants, American Honda Motor Company, Inc., Honda Motor Company, LTD. and Honda Manufacturing of Alabama, LLC wish to alert the Court and counsel that they will be unable to secure the attendance of former TRW engineer, Jeffrey Rochette at the trial of this matter. As explained during the July 24, 2013 hearing, counsel for the defendants learned the day prior to the hearing that Mr. Rochette relocated to the Exponent office in Shanghai, China in mid-June 2013 and that he had recently notified Exponent that he was ceasing his employment relationship to work for another employer in Shanghai, China. Counsel for the defendants conferred with Mr. Rochette and learned that Mr. Rochette is commencing work for a new employer in Shanghai, China as of August 1, 2013 and, therefore, is unavailable to appear live or by deposition for the trial of this matter.

The defendants are currently exploring with Mr. Rochette's former employer TRW, Inc. whether there is another witness who may be able to substitute in for Mr. Rochette given these

unexpected circumstances. The defendants will notify the Court and counsel promptly if leave will be sought to substitute in another witness.

Dated: August 1, 2013

> HONDA MANUFACTURING OF ALABAMA, LLC, AMERICAN HONDA MOTOR COMPANY, INC., and HONDA MOTOR COMPANY, LTD.
>
> By their Attorneys
> CAMPBELL CAMPBELL EDWARDS & CONROY, P.C.,
>
>      /s/ Michelle I. Schaffer
> James M. Campbell (Juris # 09276)
> Michelle I. Schaffer (Juris # 15607)
> One Constitution Center
> Boston, MA 02129
> Tel. No. (617) 241-3000

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2013 a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Andrew J. Maloney, Esquire
Noah H. Kushlefsky, Esquire
Kreindler & Kreindler
750 Third Avenue
New York, NY 10017

>   /s/ Michelle I. Schaffer
>     Michelle I. Schaffer

2