UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------- X
Ron Barack, et al.,

                                                Plaintiffs,        **ORDER**
-against-                                      Case No. 09-cv-565

American Honda Motor Co., Inc., et al.,

                                                Defendants
------------------------------------------------------------- X

       Before the Court is Defendants' Supplemental Filing in Opposition to the Plaintiffs' Motion in Limine to Preclude Officer Dann McInnis From Testifying [Rec. Doc. 207] requesting the cancellation of the *Daubert* hearing currently scheduled for August 28, 2013. Defendants state that they "do not believe that a *Daubert* hearing will elicit any additional facts" from proposed expert Dann McInnis beyond those set out in their Supplemental Filing, and they assert that canceling the hearing would "avoid an unnecessary waste of judicial resources and expenditure of time by the parties." [Rec. Doc. 207, at 2]. As stated by the Court during the July 24, 2013 hearing, the Court wants to hear from McInnis what actions he took and what process he used to arrive at his opinion as to the cause of the accident. Additionally, it is the Court's present intention to rule orally on all outstanding motions and other pending matters at the August 28, 2013 hearing.

       The Court will consider the merits of Defendants' argument for the admissibility of McInnis's opinion under Rule 701, if necessary, after ruling on the admissibility of his opinion under Rule 702. Based on the foregoing, it is

       **ORDERED** that Defendants' request to cancel the August 28, 2013 hearing is **DENIED.**

1

It is further

**ORDERED** that Plaintiffs' counsel is to file its opposition memorandum, if any there be, to the argument raised by the Defendants as it relates to opinion testimony by a lay witness, on or before **5:00 p.m. on Wednesday, August 21, 2013.**

**SO ORDERED.**

_____
Tucker L. Melançon
United States District Judge

August 5, 2013
Bridgeport, CT