UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| RON BARACK and <br> DONNA MOORE BARACK, <br> <br> *Plaintiffs,* <br> <br> vs. <br> <br> AMERICAN HONDA MOTOR <br> COMPANY, INC., HONDA <br> MOTOR COMPANY, LTD., and <br> HONDA MANUFACTURING OF <br> ALABAMA, <br> <br> *Defendants.* | ) <br> ) <br> ) <br> ) <br> )    09-cv-00565 (TLM) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    August 6, 2013 |

### PLAINTIFFS' SUPPLEMENTAL RESPONSE TO HONDA'S MOTION TO EXCLUDE EVIDENCE OF OTHER ROLLOVER INCIDENTS

Plaintiffs respectfully submit attached Exhibits 1 and 2 regarding other rollover incidents. As plaintiffs' opposition memorandum and comments at oral argument indicated, Honda was well aware that low speed, low energy ¼ turn rollovers were foreseeable, as were injuries involving ejection and partial ejection during said events. In the joint pre-trial order and in its motion and at oral argument to exclude evidence of other rollover incidents, Honda claimed the Barack rollover was an

> "unusual event, including a slow rollover, multiple low
> speed frontal collisions, and rotation about multiple
> axes [sic] without high energy or acceleration levels."
> *See e.g.* Joint Pre Trial Order ¶ 7.

Accordingly, plaintiffs provide the Court a Government Study made available to the U.S. and Japanese Governments in May 2003 that reviewed thousands of rollovers in the U.S. between 1997-2000, long before Honda designed and manufactured the Barack 2006 Odyssey.

1

The study relied upon by plaintiffs' expert Geoff Mahon, is attached hereto as Exhibit 1 entitled:

> An Investigation of Occupant Injury in Rollover: NASS-CDS Analysis of Injury Severity and Source by Rollover Attributes.[1]

The report summarizes much of the data that the entire auto industry was studying and attempting to address in the late 1990s. Seventeen percent of the rollovers involved a low speed, low energy ¼ roll – similar to the Barack rollover event, and when broken out by vehicle type, both SUVs and Vans had a higher ¼ rollover average at 22%.

Equally important, the report detailed injuries sustained by <u>belted</u> drivers and passengers who suffered from both ejection and/or partial ejection, including arms, during rollovers. These included the ¼ roll events.

Auto manufacturers began to employ anti-ejection countermeasures given these well known facts. This included Honda – as its own documents will reveal. Eventually the Government passed FMVSS No. 226 "Ejection Mitigation" for those who were lagging behind in the implementation of rollover airbags.

Plaintiffs do not suggest they will offer individual anecdotal evidence of a particular crash and engage in a mini-trial within the trial, with resultant battles over individualized similarities, to the contrary, plaintiffs seek to offer the enclosed report and testimony from its expert Geoff Mahon, to simply show Honda's knowledge and state of mind prior to designing, manufacturing and selling the 2006 Odyssey.[2]

Indeed, in counsel's most recent conversations, Honda may consider stipulating to these points.

---

[1] NASS – is the National Automotive Sampling System and CDS – is the Crashworthiness Data System utilized by the National Highway Traffic Safety Administration (NHTSA). *See e.g.* Ex. 2.

[2] The Enclosed Government report need not necessarily be offered for its truth, though it is a reliable government summary, but offered to show Honda's state of mind.

2

Dated: New York, New York
August 6, 2013

                                      Respectfully submitted,

                                      KREINDLER & KREINDLER LLP

By: _____
        Andrew J. Maloney (Bar No. CT15639)
        750 Third Avenue
        New York, NY 10017
        amaloney@kreindler.com
        (212) 687-8181

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing ***PLAINTIFFS' SUPPLEMENTAL RESPONSE TO HONDA'S MOTION TO EXCLUDE EVIDENCE OF OTHER ROLLOVER INCIDENTS*** was served via ECF and email this 6th day of August, 2013 upon:

>James M. Campbell, Esq.
>Michelle I. Schaffer, Esq.
>Campbell Campbell Edwards & Conroy
>One Constitution Plaza, Third Floor
>Boston, MA 02129
>(617) 241-3000
>jcampbell@campbell-trial-lawyers.com
>mschaffer@campbell-trial-lawyers.com
>Attorneys for Defendants

_/s/ Andrew J. Maloney III_
Andrew J. Maloney III