# EXHIBIT C

## Sullivan, Maggie M.

| | |
|---|---|
| **From:** | Schaffer, Michelle I. |
| **Sent:** | Wednesday, August 14, 2013 8:50 PM |
| **To:** | Brockelman, Laura J.; Renaud, Chrissieann; Sullivan, Maggie M. |
| **Subject:** | FW: Strauch & Weinberger |
| **Attachments:** | 404970.pdf |

**From:** Andrew J. Maloney [mailto:AMaloney@kreindler.com]
**Sent:** Wednesday, August 14, 2013 5:52 PM
**To:** Schaffer, Michelle I.
**Cc:** David C. Cook; Debra Pagan
**Subject:** Strauch & Weinberger

Today we received this record of an office visit from Dr. Strauch for an office visit that took place Nov. 15, 2012. To my knowledge this and the June 2011 visit in connection with the report your were provided with in 2011 were the only additional ones with Dr. Strauch since 2006.

He has seen Dr. Weinberger on 9/16/2011; 10/17/2011; 11/7/2011 & 11/15/2012. We have repeatedly asked his office for these records and thus far have not received them. We will provide them to you as soon as we receive them.

We do not believe there has been any change since the end of 2006. But he has continued to receive pain medication. It would be factually inaccurate however, to state that he has had no treatment since 2006.

**Andrew J. Maloney**
Partner

**❮❯ KREINDLER & KREINDLER** LLP
TRADITION OF EXCELLENCE

Kreindler & Kreindler LLP
750 Third Avenue          T: 212.973.3438  ·  E-mail: amaloney@kreindler.com
New York, NY 10017-2703   F: 212.972.9432  ·  Web:    www.kreindler.com

🌱 Please consider the environment before printing this e-mail.

1