UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------------- X
Ron Barack, et al.,

                                   Plaintiffs,      **ORDER**

-against-                          Case No. 09-cv-565

American Honda Motor Co., Inc., et al.,

                                  Defendants
-------------------------------------------------------------- X

For the reasons set forth during the status conference conducted this date [Rec. Doc. 212], it is

**ORDERED** that defendants' Motion to Preclude the Testimony of Plaintiff Ron Barack's Treating Physicians Beyond the Treatment Reports Referenced in the Plaintiffs' January 14, 2011 Expert Disclosure [Rec. Doc. 213] is **REFERRED** to United States Magistrate Judge Donna F. Martinez for disposition.

**SO ORDERED.**

                                                                                      Tucker L. Melançon
                                                                                      United States District Judge

August 16, 2013
Bridgeport, CT