UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------ X
Ron Barack, et al.,

                           Plaintiffs,        **MINUTE ENTRY**

    -against-                                    Case No. 09-cv-565

American Honda Motor Co., Inc., et al.,       August 28, 2013

                           Defendants
------------------------------------------------------------ X

      An on the record hearing was conducted this date before United States District Judge Tucker L. Melançon.  Participating were Andrew Maloney representing the Plaintiffs and Michelle Schaffer representing the Defendants.  For the reasons stated on the record, the Court denied Plaintiffs' Motion in Limine to Exclude All Evidence Concerning the Cause of the Crash [Rec. Doc. 201], denied Defendants' Motion in Limine to Preclude Evidence Concerning Other Incidents, Accidents, Claims and Lawsuits [Rec. Doc. 164-13], and denied as moot Defendants' Motion to Permit Compensation to Their Unretained Expert Jeffrey Rochette [Rec. Doc. 179].

      The Court then conducted a *Daubert* hearing regarding the testimony of Plaintiffs' proposed expert witness, Officer Dann McInnis.  Following Officer McInnis' testimony, the Court granted Plaintiffs' Motion in Limine to Preclude Officer Dann McInnis From Testifying Regarding the Speed of the Vehicle and the Cause of the Accident [Rec. Doc. 164-7].  The Court instructed Officer McInnis that he may testify as to his actual observations on the way to the accident scene and at the accident scene.  Officer McInnis may also testify as to any statements made by Plaintiff Ron Barack to him following his arrival at the accident scene.  Officer McInnis is prohibited from offering both lay opinion testimony and expert opinion testimony regarding the cause of the accident in this case.

      The Court instructed the attorneys that on or before **12:00 p.m. on Wednesday, September 4**,

1

2013, they are to jointly file via ECF the list of witnesses that they have agreed to drop from their respective witness lists.  The Court instructed the attorneys that they are to take the deposition of Dr. Weinberger on or before **Wednesday, September 11, 2013**.  The Court further instructed the attorneys to submit via ECF a copy of the deposition transcripts of Dr. Blazer, Dr. Strauch, and Dr. Weinberger listing all objections if any remain on or before **5:00 p.m. on Monday, September 23, 2013.**

     The Court permitted defense counsel to file a supplemental brief outlining their position on the prejudice to Defendants if Defendants' Motion to Preclude the Testimony of Plaintiff Ron Barack's Treating Physicians [Rec. Doc. 213] is denied by the Court.  Defense counsel are to file their supplemental brief via ECF on or before **5:00 p.m. on Monday, September 16, 2013**.  Plaintiffs' counsel is to file his opposition, if any there be, on or before **5:00 p.m. on Friday, September 20, 2013.**  In ruling on the admissibility of portions of the two witnesses' testimony, the Court advised the attorneys that it will consider these supplemental filings in addition to Defendants' Motion to Preclude [Rec. Doc. 213] and Plaintiffs' Opposition to Defendants' Motion [Rec. Doc. 216].