UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | | |
|---|---|---|
| RON BARACK and<br>DONNA MOORE BARACK, | )<br>)<br>) | |
| *Plaintiffs*, | )<br>) | 09-cv-00565 (TLM) |
| vs. | )<br>)<br>) | |
| AMERICAN HONDA MOTOR<br>COMPANY, INC., HONDA<br>MOTOR COMPANY, LTD., and<br>HONDA MANUFACTURING OF<br>ALABAMA, | )<br>)<br>)<br>)<br>)<br>) | |
| *Defendants.* | ) | SEPTEMBER 4, 2013 |

## THE PARTIES' JOINT SUBMITTAL REGARDING TRIAL WITNESSES

Pursuant to the Court's Order of August 28, 2013 [Docket Entry 221], the parties request leave to amend their respective lists of trial witnesses by withdrawing the names of certain witnesses as indicated further below. The parties certify that they do not object to the amendment sought by the opposing party.

### Plaintiffs' List of Witnesses

**Plaintiffs' List of Witnesses Withdrawn**

The plaintiffs request leave to withdraw the names of the following witnesses as persons whom they would expect to offer testimony at trial:

        Jonah Barack
        55 River Road
        Weston, CT 0688

        Orin Barack
        55 River Road
        Weston, CT 0688

Austin Barack
55 River Road
Weston, CT 0688

Ruth Moore
28 Meadow Farm Rd.
New Hyde Park, NY

Stephen Batzer, PhD, PE
PO Box 1276
Prairie Grove Arkansas

Deborah Failla
175 Silver Spring Road
Wilton, CT 06897

Nancy Davis
10 John Applegate Road
Redding, CT

Christopher Lynch
42 Maple Avenue, Apt. 1
Bethel, CT

David Mykoff, M.D.
Offices of David Mykoff
1300 Union Turnpike
New Hyde Park, New York

Sabrina Breed (pursuant to court order)

Dorra L. Blacker, CRC, LMHC  (pursuant to court order)


**Plaintiffs' List of Witnesses Expected to be Called**

Accordingly, the plaintiffs now anticipate calling the following witnesses during their case-in-chief:

> Donna Barack
> 55 River Road
> Weston, CT 0688

Ron Barack
55 River Road
Weston, CT 06883

Dan McInnis
56 Northfield Road
Weston, CT 06883

Michael Weinberger, M.D.   (by video deposition)
Columbia University Medical Center
PH 500
622 West 168th Street
New York, NY 10032

Harlan Stone  (possibly by video deposition)
One Tower Drive
Westin, CT

Robert J. Strauch, M.D.  (by video deposition)
Columbia University Medical Center
622 West 168th Street, PH-11
New York, NY 10032

Geoffrey L. Mahon, PE
221 Circle Avenue
Ridgewood, NJ  07450

Donald R. Phillips, PE
1758 Allentown Rd.
Landsdale, PA 19446

## Defendants' List of Witnesses

**Defendants' List of Witnesses Withdrawn**

The defendants request leave to withdraw the names of the following witnesses as persons whom they would expect to offer testimony at trial[1]:

Donna Barack
55 River Road
Weston, CT 0688

Ron Barack
55 River Road
Weston, CT 06883

Harvey Bluestein, M.D.
Offices of Dr. Bluestein
325 Reef Road
Fairfield, CT

Georgiana Davies
83 Old Farm Road
Weston, CT 06883

Nancy Davis
10 John Applegate Road
Redding, CT

Deborah Failla
175 Silver Spring Road
Wilton, CT 06897

Leonard Forchione
56 Northfield Road
Weston, CT 06883

---

[1] The defendants note that the following witnesses are expected to testify during the plaintiffs' case-in-chief; and accordingly, while the defendants have removed them from their Will Call witness list, the defendants reserve the right to cross-examine them at trial: Donna Moore Barack, Ron Barack Harlan Stone, Robert Strauch, M.D.; and Michael Weinberger, M.D.

4

Koichi Kamiji
Honda R&D Co., Ltd.
Japan

Christopher Lynch
42 Maple Avenue, Apt. 1
Bethel, CT

Jane D. Mattson, Ph.D.
Jane Mattson Associates, Inc.
286 Richards Avenue
Norwalk, CT 06850

David Mykoff, M.D.
Offices of David Mykoff
1300 Union Turnpike
New Hyde Park, New York

Gail Ratte
(address unknown)

Jeffrey R. Rochette
Formerly:
TRW Automotive
Livonia, MI
Presently:
Shanghai China

Harlan Stone (also Representative of Halstead International)
One Tower Drive
Westin, CT

Robert J. Strauch, M.D.
Columbia University Medical Center
622 West 168th Street, PH-11
New York, NY 10032

Michael Weinberger, M.D.
Columbia University Medical Center
PH 500
622 West 168th Street
New York, NY 10032

**Defendants' List of Witnesses Expected to be Called**

Accordingly, the defendants now anticipate calling the following witnesses during their case-in-chief:

Philip Blazar, M.D. (via videotape deposition for trial)
946 Great Plain Avenue
Box 265
Needham, MA 02492

Michael Carhart, Ph.D.
Exponent
23445 N. 19th Avenue
Phoenix, AZ 85027

David Mercaldi, Ph.D.
Scientific Boston, Inc.
1120 Massachusetts Avenue
Boxborough, MA 01719

Dan McInnis
56 Northfield Road
Weston, CT 06883

Harry Smith, M.D.
BRC
5711 University Heights Blvd., Suite 100
San Antonio, TX 78249

William Van Arsdell, Ph.D
Engineering Principles
20 Main Street, Suite 304
Natick, MA 01760

Dated: September 4, 2013

| | |
|---|---|
| RON BARACK AND<br><br>DONNA MOORE BARACK | HONDA MANUFACTURING OF ALABAMA, LLC,<br>AMERICAN HONDA MOTOR CO., INC., and HONDA MOTOR CO., LTD |
| By their Attorneys | By their Attorneys |
| KREINDLER & KREINDLER LLP | CAMPBELL CAMPBELL EDWARDS & CONROY, P.C., |
| /s/ Andrew Maloney<br>Andrew J. Maloney III, Esq. (CT15639)<br>750 Third Avenue<br>New York, NY  10017<br><br>Tel. No.: (212) 687-8181<br>Fax No.: (212) 972-9432<br>amaloney@kreindler.com | /s/ Michelle I. Schaffer<br>James M. Campbell (Juris # 09276)<br>Michelle I. Schaffer (Juris # 15607)<br>One Constitution Center<br>Boston, MA 02129<br>Tel. No. (617) 241-3000<br>Fax No.: (617) 241-5115<br>jmcampbell@campbell-trial-lawyers.com<br>mschaffer@campbell-trial-lawyers.com |

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2013 a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    Andrew J. Maloney, Esquire
    Noah H. Kushlefsky, Esquire
    Kreindler & Kreindler
    750 Third Avenue
    New York, NY  10017

                                    /s/ Michelle I. Schaffer
                                        Michelle I. Schaffer