UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------- X
Ron Barack, et al.,

                                        Plaintiffs,      **MINUTE ENTRY**

      -against-                                  Case No. 09-cv-565

American Honda Motor Co., Inc., et al.,          September 12, 2013

                                        Defendants
------------------------------------------------------------- X

      A telephone status conference was conducted this date by United States District Judge Tucker L. Melançon. Participating were Andrew Maloney representing the Plaintiffs, and Michelle Schaffer and James Campbell representing the Defendants.

      The current medical condition of Plaintiffs' expert witness, Geoff Mahon, an expert witness, as well as the status of the case, were discussed. Based on those discussions, the trial on the merits was continued from October 1, 2013, to a tentative date of **Monday, May 12, 2014**.

      The Court instructed the Plaintiffs' attorney to notify opposing counsel and the Court if he had hired a substitute expert witness **on or before 6:00 p.m. EDT on Monday, November 11, 2013**. No extensions or further adjournments will be granted for the Plaintiffs based on Mr. Mahon's inability to testify at the trial.

      Further, the Court directed the attorneys to jointly prepare a proposed plan of work that provides a time line for the deposition and all other matters related to the trial readiness of the potential substitute expert witness and to submit the joint plan to the Court for approval via ECF **on or before 6:00 p.m. EDT on Sunday, September 22, 2013**. All deadlines set by the joint plan of work, once approved by the Court, must be completed **on or before 6:00 p.m. EDT on Saturday, March 1, 2014**.

      All other deadlines set by the Jury Trial Procedure Order [Rec. Doc. 167] remain in effect

and are to be fully complied with as if the trial were to commence on October 1, 2013.