UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | | |
|---|---|---|
| RON BARACK and DONNA MOORE BARACK, | ) ) ) | |
| *Plaintiffs*, | ) ) | 09-cv-00565 (TLM) |
| vs. | ) ) ) | |
| AMERICAN HONDA MOTOR COMPANY, INC., HONDA MOTOR COMPANY, LTD., and HONDA MANUFACTURING OF ALABAMA, | ) ) ) ) ) ) | |
| *Defendants.* | ) | SEPTEMBER 17, 2013 |

### THE PARTIES' JOINT REALTIME GLOSSARY

Pursuant to the Court's Order of January 11, 2013 [Docket Entry 167] Paragraph V, the parties hereby submit their Joint Realtime Glossary containing proper names and rare and unusual words used in all depositions taken in the case, witness lists, exhibits lists and expert reports.

### JOINT GLOSSARY INDEX

**LETTER A**

abrasion

accelerometers

adhesions

Advair

airbag

AIS-1

AIS-2

AIS-3

Algorithm

allodynia

alpha

ambulatory

amitriptyline

analgesics

angulation

A-piller

arc

Ardis

ATD

autoliv

AWT

axis

**LETTER B**

B4

Barack

Batzer

biofidelic

biomechanics

binary

Blazar

Bluestein

B-pillar

BZH

**LETTER C**

calibrate

calibration

canopy

capsulotomy

Carhart

carpal

CAT

Causalgia

centrifugal

circuitry

coefficient

communis

comminution

C-pillar

CRIS

CRR

CRV

CSR

curvature

**LETTER D**

Davis

debridement

deceleration

degloved

degloving

delta

delta-v

deploy

deployment

digit

digitorum

DIP

directionality

distal

distally

dolly

Donna

dorsal

dorsally

dorsum

D-ring

driveshafts

DRS

dynamics

**LETTER E**

Elavil

elucidate

esophageal

excursion

exemplar

Exponent

extension/flexion

extensor

extensors

extrapolate

**LETTER F**

F4W

Failla

FARS

Fentanyl

flex

flexion

flexor

fluoroscopy

FMVSS

FORTRAN

fracture

Francis

FTP

Fuchs

Fudens

**LETTER G**

Gabapentin

GCS

gigabytes

glazing

Gotz

gradient

guideposts

guidewire

Gustafson

**LETTER H**

hashmark

Hastings

Harvard

Harvey

Hexadecimal

HIC

hydromorphone

**LETTER I**

IARV

IME

Ibuprofen

IIHS

inboard

inclination

inclinometer

instrumentation

interliner

interphalangeal

interventions

irrigated

**LETTER J**

**LETTER K**

KACZYNSKI

keloid

keloiding

Ketamine

kinematics

kinetic

kph

k-wire

**LETTER L**

lacerated

laceration

lateral

ligaments

Loupe

Lynch

Lyrica

**LETTER M**

Maggiore

Mahon

McInnis

MDX

Mercaldi

metacarpal

metacarpophalangeal

Methadone

microvascular

Mykoff

milliseconds

misaligned

modalities

modual

Moore

Morphine

mounting

MP

musculoskeletal

must-fire

must-not-fire

**LETTER N**

Naproxin

Nass

neurologic

Neurontin

neurovascular

NHTSA

no-fire

nondeployment

no-roll

Norwalk

**LETTER O**

Odyssey

OEM

one-quarter-roll

OOP

orthopedic

outboard

Oxycodone

OxyContin

**LETTER P**

palmar

palmarly

parallax

PC-Crash

PCM

perioperatively

phalangeal

phalanx

phenolysis

Phillips

photogrammetric

PhotoModeler 6

pillar

PIP

pretensioner

prisms

profundus

protocol

pseudo-catenary

**LETTER Q**

qhs

quadrant

**LETTER R**

radial

radical/ulnar

radiological

RAM

ramp-off

Randi

reconstruction

reconstructive

retrofit

rollover

rollover-activated

**LETTER S**

SAE

safing

sensing

sensor

SHJ

shockwave

simulation

Smith

soil-tripped

specification

SRS

SRS1

SRS-ECU

Stone

Strauch

subcutaneous

subluxation

superficialis

surrogate

suspension

suture

SUV

Szteinbok

**LETTER T**

tempered

tendon

therapeutic

thorax

threshhold

tipping

tissues

torsional

transections

transverse

trigger

truncated

TRW

**LETTER U**

ulnar

U-shaped

**LETTER V**

V6

Van Arsdell

vascular

velocity

Ventolin

**LETTER W**

Weinberger

Westwood

wound

**LETTER X**

**LETTER Y**

yawing

**LETTER Z**

Dated: September 17, 2013

| | |
|---|---|
| RON BARACK AND | HONDA MANUFACTURING OF ALABAMA, LLC, |
| DONNA MOORE BARACK | AMERICAN HONDA MOTOR CO., INC., and HONDA MOTOR CO., LTD |
| By their Attorneys | By their Attorneys |
| KREINDLER & KREINDLER LLP | CAMPBELL CAMPBELL EDWARDS & CONROY, P.C., |
| __/s/ Andrew Maloney__<br>Andrew J. Maloney III, Esq. (CT15639)<br>750 Third Avenue<br>New York, NY  10017<br>Tel. No.: (212) 687-8181<br>Fax No.: (212) 972-9432<br>amaloney@kreindler.com | __/s/ Michelle I. Schaffer__<br>James M. Campbell (Juris # 09276)<br>Michelle I. Schaffer (Juris # 15607)<br>One Constitution Center<br>Boston, MA 02129<br>Tel. No. (617) 241-3000<br>Fax No.: (617) 241-5115<br>mschaffer@campbell-trial-lawyers.com<br>jmcampbell@campbell-trial-lawyers.com |

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 17, 2013 a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

    Andrew J. Maloney, Esquire
    Kreindler & Kreindler
    750 Third Avenue
    New York, NY  10017

    __/s/ Michelle I. Schaffer__
    Michelle I. Schaffer