UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | | |
|---|---|---|
| RON BARACK and<br>DONNA MOORE BARACK, | )<br>)<br>) | |
| *Plaintiffs*, | )<br>) | 09-cv-00565 (TLM) |
| vs. | )<br>)<br>) | |
| AMERICAN HONDA MOTOR<br>COMPANY, INC., HONDA<br>MOTOR COMPANY, LTD., and<br>HONDA MANUFACTURING OF<br>ALABAMA, | )<br>)<br>)<br>)<br>)<br>) | |
| *Defendants*. | )<br>) | SEPTEMBER 22, 2013 |

**THE DEFENDANTS' SUBMISSION CONCERNING
THE SCHEDULE TO COMPLETE DISCOVERY RELATIVE TO
ANY NEW SUBSTITUTE EXPERT TO BE DISCLOSED BY THE PLAINTIFFS**

Pursuant to the Court's Order of September 12, 2013 [Docket Entry 226], the defendants submit the following as a proposed schedule for the completion of discovery relative to any new substitute expert to be disclosed by the plaintiffs. The defendants made numerous efforts to comply with the Court's Order requiring a jointly prepared "proposed plan of work that provides a time line for the deposition and all other matters related to the trial readiness of the potential substitute witness" to be submitted "to the Court for approval via ECF on or before 6:00 p.m. EDT on Sunday, September 22, 2013". [Id.] While the parties appeared to have worked out a joint schedule, as the defendants agreed to the schedule proposed by the plaintiffs, the plaintiffs advised the defendants that they would not make the submission by the date set in the Order and that if the defendants desired to do so, they should file their own submission. See Exhibit A. Accordingly, the defendants make the instant filing.

1

## PROPOSED SCHEDULE

The defendants propose the following schedule relating to the substitute expert to be identified by the plaintiffs. This was the schedule proposed to the defendants by the plaintiffs, to which the defendants agreed:

1. The plaintiffs have up to and including November 11, 2013 to notify the Court and opposing counsel whether they have hired a substitute expert;

2. The plaintiffs have up to and including December 15, 2013 to make a disclosure for the substitute expert pursuant to Fed. R. Civ. P. 26(a);

3. The defendants have up to and including January 15, 2014 to serve reports in rebuttal to the disclosure made by the plaintiffs for the substitute expert;

4. The plaintiffs will make the substitute available for deposition by the defendants so as to be completed by February 15, 2013;

5. The defendants will make available for deposition by the plaintiffs any expert for whom a rebuttal report has been served so as to be completed by March 1, 2013.

The defendants note that in conferring about the schedule, the plaintiffs confirmed that they do not intend to have any substitute expert offer opinions that are new or different from those already disclosed. The defendants expressly object to any new opinions being offered. The defendants believe that the parties are in agreement that although they do not presently anticipate a need for additional disclosures by the defendants and further depositions, they have agreed to identify these potential activities in the schedule in the event of some unforeseen circumstance.

## NOTE CONCERNING A RECENT HONDA RECALL NOTIFICATION

A recall of certain Honda vehicles was reported in the media on September 20, 2013. See e.g. Exhibit B. The recall was not known to the undersigned counsel and after counsel for the plaintiffs inquired about it, the undersigned counsel determined that a recall notification had been issued for certain 2003-2004 model Honda Odyssey vehicles and certain 2003 model year Acura

MDX vehicles relating to a variation in a chip in the SRS-Electronic Control Unit (ECU) that can become damaged resulting in an inadvertent deployment of an airbag without a crash. Exhibit C.

This recall notification is not relevant to the plaintiffs' allegations in this case. The recall notification does not pertain to the 2006 Honda Odyssey which is at issue here, as it concerns certain earlier generation 2003 – 2004 model year Honda Odyssey vehicles. The earlier 2003-2004 model Odysseys were not even equipped with side curtain airbags. Side curtain airbags were first available in Honda Odyssey vehicles in the 2005 model year. The Odyssey was completely redesigned in the 2005 model year, and the SRS control unit in the later generation (2005-2006) model year Odysseys was designed to a different specification than the earlier generation Odyssey. In addition, the 2005-2006 model year Odysseys do not include the component that is the subject of the recall of the earlier generation 2003-2004 model year Odysseys. Further, the recall of the 2003-2004 model year Odysseys addresses a concern relating to inadvertent airbag deployment of the front or side torso airbags, whereas the claim here concerns an alleged non-deployment of the driver side curtain airbag in a rollover.

The plaintiffs have suggested that they may seek discovery on this recall. As expressed to the plaintiffs, the defendants would object to the discovery sought as irrelevant.

HONDA MANUFACTURING OF ALABAMA, LLC,
AMERICAN HONDA MOTOR CO., INC., and
HONDA MOTOR CO., LTD.

By their Attorneys
CAMPBELL CAMPBELL EDWARDS
& CONROY, P.C.,


  /s/ Michelle I. Schaffer
James M. Campbell (Juris # 09276)
Michelle I. Schaffer (Juris # 15607)
One Constitution Center
Boston, MA  02129
Tel. No. (617) 241-3000
Fax No. (617) 241-5115
jmcampbell@campbell-trial-lawyers.com
mschaffer@campbell-trial-lawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2013 a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Andrew J. Maloney, Esquire
Kreindler & Kreindler
750 Third Avenue
New York, NY 10017

  /s/ Michelle I. Schaffer
Michelle I. Schaffer