# EXHIBIT A

## Sullivan, Maggie M.

| | |
|---|---|
| **From:** | Andrew J. Maloney [AMaloney@kreindler.com] |
| **Sent:** | Friday, September 20, 2013 7:40 PM |
| **To:** | Schaffer, Michelle I. |
| **Cc:** | Campbell, James M.; Sullivan, Maggie M.; David C. Cook; Debra Pagan |
| **Subject:** | Re: Barack: New Expert |
| **Attachments:** | image002.gif |

Michelle,

It sounds like you imply that I am being discourteous. I have already emailed you the proposal for scheduling. I then learned of today's recall and wonder how it may effect things. I just read Jim's response which appears to indicate that you will not produce information regarding the recall on airbag problems on various Odyssey models. I suspect this will delay things.

I have also been out of the office at a client meeting all afternoon. The document is due on Monday as per the federal rules when it falls on a Sunday. I do not plan on filing it on Sunday, but you are free to file your own if you wish.

If I have time this weekend I will send it to you in draft form or else Monday morning. But I will likely include something about this recent development.

From: <Schaffer>, Michelle Schaffer <mschaffer@campbell-trial-lawyers.com<mailto:mschaffer@campbell-trial-lawyers.com>>
Date: Friday, September 20, 2013 5:18 PM
To: Michelle Schaffer <mschaffer@campbell-trial-lawyers.com<mailto:mschaffer@campbell-trial-lawyers.com>>, Andrew Maloney <amaloney@kreindler.com<mailto:amaloney@kreindler.com>>
Cc: James Campbell <jmcampbell@campbell-trial-lawyers.com<mailto:jmcampbell@campbell-trial-lawyers.com>>, Meghan Sullivan <msullivan@campbell-trial-lawyers.com<mailto:msullivan@campbell-trial-lawyers.com>>, "David C. Cook" <DCook@kreindler.com<mailto:DCook@kreindler.com>>, Debra Pagan <dpagan@kreindler.com<mailto:dpagan@kreindler.com>>
Subject: RE: Barack: New Expert

Andrew: I would appreciate the courtesy of a response. If you do not intend to participate in a joint filing, then let us know so that we will file something separately. Michelle

From: Schaffer, Michelle I.
Sent: Friday, September 20, 2013 3:23 PM
To: Schaffer, Michelle I.; 'Andrew J. Maloney'
Cc: Campbell, James M.; Sullivan, Maggie M.; David C. Cook; Debra Pagan
Subject: RE: Barack: New Expert

Andrew: Please provide the draft of the joint submission due on Sunday. Michelle

From: Schaffer, Michelle I.
Sent: Friday, September 20, 2013 10:44 AM
To: 'Andrew J. Maloney'
Cc: Campbell, James M.; Sullivan, Maggie M.; David C. Cook; Debra Pagan; Schaffer, Michelle I.
Subject: RE: Barack: New Expert

Andrew:

1

In light of your explanation below, we would agree to lay out the schedule as you previously outlined. We would also like the following statement to be inserted into the body of the submission:

In conferring about the schedule, the plaintiffs have confirmed that they do not intend to have any new expert offer opinions that are new or different from those already disclosed. The defendants expressly object to any new opinions being offered. While the parties do not presently anticipate a need for additional disclosures by the defendants and further depositions, they have agreed to identify these potential activities in the schedule in the event of some unforeseen circumstance.

Please provide a formalized draft of the submission so that we can review it and then you can file it when you desire before the Sunday deadline.

Thanks, Michelle


From: Andrew J. Maloney [mailto:AMaloney@kreindler.com]
Sent: Thursday, September 19, 2013 5:01 PM
To: Schaffer, Michelle I.
Cc: Campbell, James M.; Sullivan, Maggie M.; David C. Cook; Debra Pagan
Subject: RE: Barack: New Expert

I do not intend to have any new opinions. I think it's basically that the airbag should have deployed and did not and had it deployed it would have prevented the injury to his left hand. And of course explain why.

But I cannot tell a new expert he must track the language of someone else's report and then be subject to cross examination unless it is genuinely his opinion. I tend to agree with you that you will not need to have new defense reports, but I am allowing for it so that I do not get an objection that the new guy was somehow different and that Honda was deprived of proper expert rebuttal opportunity. Frankly, it might apply to me as well since I do not know how your experts will respond to my new expert's opinions that none of us have seen yet.

In any event, I would propose laying it out the way I have it. If after seeing the new report you do not believe you need to do anything else, you can simply let me know and then we are ready for trial.


From: Schaffer, Michelle I. [mailto:mschaffer@Campbell-trial-lawyers.com]
Sent: Thursday, September 19, 2013 4:34 PM
To: Andrew J. Maloney
Cc: Campbell, James M.; Schaffer, Michelle I.; Sullivan, Maggie M.
Subject: Barack: New Expert

Andrew:


We do not believe that there needs to be time set aside for the defendants' rebuttal expert reports or for depositions of the defendants' experts based upon the report of the new expert. The defendants are assuming that no new opinions will be disclosed and that any new expert will simply track the opinions held by Mahon. The defendants object to any new opinions.

The dates you have for the plaintiffs' expert report and for the deposition to occur by date are fine.

Please formalize this into a pleading so that I can review it and provide any changes.

Thanks, Michelle

From: Andrew J. Maloney [mailto:AMaloney@kreindler.com]
Sent: Thursday, September 19, 2013 4:22 PM
To: Schaffer, Michelle I.
Subject: FW: New Barack Expert

Judge gave me 60 days to decide on replacing Mahon.  I will take the 60 days.

Plaintiffs' new expert Report due Dec. 15

Defendants Rebuttal reports due Jan. 15

Deposition of new expert to take place by Feb 15

Depositions of defendants experts to take place by March 1.

Andrew J. Maloney
Partner
[cid:image002.gif@01CEB625.68E498A0]<http://www.kreindler.com/>

Kreindler & Kreindler LLP

750 Third Avenue

T:

212.973.3438

.

E-mail:

amaloney@kreindler.com<MAILTO:amaloney@kreindler.com>

New York, NY 10017-2703

F:

212.972.9432

.

Web:

3

www.kreindler.com<http://www.kreindler.com>

þ Please consider the environment before printing this e-mail.