# EXHIBIT C



American Honda Motor Co., Inc.
1919 Torrance Boulevard
Torrance, CA 90501-2746
Phone (310) 783-2000

September 18, 2013

Ms. Nancy Lewis
Associate Administrator for Enforcement
NATIONAL HIGHWAY TRAFFIC SAFETY
 ADMINISTRATION
Attn: Recall Management Division (NVS-215)
1200 New Jersey Avenue, SE
Washington, DC 20590

Re: Recall Notification
2003-2004 Model Year Honda Odyssey; 2003 Model Year Acura MDX
SRS Electronic Control Unit (ECU)

Dear Ms. Lewis:

On September 12, 2013 Honda Motor Co., Ltd. (HMC) determined that a potential defect relating to motor vehicle safety exists in the SRS electronic control unit (ECU) of certain 2003-2004 model year Honda Odyssey and certain 2003 model year Acura MDX vehicles, and is providing notification to the National Highway Traffic Safety Administration in accordance with 49 CFR Part 573 Defect and Noncompliance Reports.

573.6(c)(1)
**Name of manufacturer:** Honda Manufacturing of Alabama, LCC (HMA)
Honda of Canada Mfg. (HCM)

**Manufacturer's agent:** Jay Joseph
American Honda Motor Co., Inc. (AHM)
1919 Torrance Blvd.
Torrance, CA 90501-2746

573.6(c)(2)
**Identification of potentially affected vehicles:**

| Make/Model | Description | VIN Range/Dates of Manufacture |
|---|---|---|
| Honda Odyssey | Certain 2003 model year | 5FNRL18913B000036 - 5FNRL18603B160138
Aug. 15, 2002 to Aug 25, 2003 |
| | | 2HKRL18643H500005 - 2HKRL180X3H505981
Feb. 13, 2002 to March 17, 2003 |
| Honda Odyssey | Certain 2004 model year | 5FNRL18004B000001 - 5FNRL18844B151347
Aug. 20, 2003 to Aug. 13, 2004 |
| | | 2HKRL18924H500001 - 2HKRL18624H501350
Jan. 6, 2004 to Feb. 2, 2004 |
| Acura MDX | Certain 2003 model year | 2HNYD18463H500002 - 2HNYD18953H556010
Feb. 21, 2002 to Sept. 23, 2003 |

### Description of the basis for the determination of the recall population:

The recall population was determined based on manufacturing records. The VIN range reflects all possible vehicles that could potentially experience the problem.

## 573.6(c)(2)(iv)
### Identification of affected component:

Manufacturer of airbag control module
Country of Origin: U.S.
Manufacturer: TRW Automotive
Address: 12001 Tech Center Drive
Livonia, MI 48150
Telephone No.: 734-855-2600

## 573.6(c)(3)
### Total number of potentially affected vehicles: 374,618

## 573.6(c)(4)
### Percentage of affected vehicles that contain the defect: Unknown

## 573.6(c)(5)
### Defect description:

There may be variation in the ASIC chip within the SRS electronic control unit (ECU) causing some to have low noise toughness against electrical noise surges. If the vehicle produces high levels of electrical noise, the ASIC in the SRS ECU can become damaged and may result in an airbag deployment signal being issued without a crash. If an airbag deploys inadvertently while driving it may distract the driver, increasing the risk of a crash.

## 573.6(c)(6)
### Chronology:

| | |
|---|---|
| August 9, 2012 | NHTSA conducted a peer review of vehicles using the same SRS ECU supplier as vehicles being investigated as part of EA12-001. |
| October 4, 2012 | Honda response submitted to EA12-001 |
| November 1, 2012 | Honda submitted an updated response to EA12-001 |
| December 19, 2012 | A meeting was held between NHTSA and Honda and an agreement was made to monitor market activities |
| March 25, 2013 | A meeting was held between NHTSA and Honda to further discuss allegations of inadvertent airbag deployment |

| | |
|---|---|
| April 2013 | Honda's first monthly report was submitted on inadvertent airbag deployments in the market |
| July 30, 2013 | NHTSA issued PE13-020 information request to investigate allegations of inadvertent airbag deployments in certain MY2003-04 Honda Odyssey vehicles |
| September 12, 2013 | Honda determined that a defect exists and decided to conduct a recall. |

As of August 1, 2013 Honda has received a total of 16 warranty claims and no crashes related to this issue.

573.6(c)(8)(i)
### Program for remedying the defect:

The owners of all affected vehicles will be contacted by mail and asked to take their vehicle to a Honda or Acura automobile dealer. The dealer will install a noise suppressor unit, free of charge.

573.6(c)(8)(ii)

| | |
|---|---|
| **The estimated date to e-mail preliminary notification to dealers:** | Sept. 18, 2013 |
| **The estimated date to provide service bulletin to dealers:** | Sept. 19, 2013 |
| **The estimated date to begin sending notifications to owners:** | Oct. 28, 2013 |
| **The estimated date of completion of the notification:** | Dec. 13, 2013 |

573.6(c)(9)
### Representative copies of all notices, bulletins and other communications:

A copy of the dealer service bulletin, the final customer notification letter and other dealer communication will be submitted to your office as soon as possible.

573.6(c)(10)
### Proposed owner notification letter submission:

A draft of the owner notification letter will be submitted to your office as soon as possible.

573.6(c)(11)
### Manufacturer's campaign number:

JC2 – Honda Odyssey
JC3 – Acura MDX

Sincerely,

AMERICAN HONDA MOTOR CO., INC.

*/Jay Joseph /JWA/*

Jay Joseph
Senior Manager
Product Regulatory Office

JWJ:nis