UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| RON BARACK and <br> DONNA MOORE BARACK, <br><br> *Plaintiffs,* <br><br> vs. <br><br> AMERICAN HONDA MOTOR <br> COMPANY, INC., HONDA <br> MOTOR COMPANY, LTD., and <br> HONDA MANUFACTURING OF <br> ALABAMA, <br><br> *Defendants.* | ) <br> ) <br> ) <br> ) <br> )    09-cv-00565 (TLM) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    August 19, 2013 |

**PLAINTIFFS' SCHEDULING SUBMITTAL
REGARDING PLAINTIFFS NEW EXPERT**

Plaintiffs' and Defendants' counsel have conferred regarding the potential replacement of Plaintiffs' liability expert Geoff Mahon, due to his unresolved health issues. In the event that plaintiffs retain a new expert, said expert will render a written report in conformance with F.R.Civ.P. Rule 26 no later than:

      Plaintiffs to identify new expert by November 11, 2013;

      Plaintiffs' new expert Report due Dec. 15;

      Defendants Rebuttal reports due Jan. 15;

      Deposition of new expert to take place by Feb 15;

      Depositions of defendants' experts to take place by March 1.

      Defendants object to any new liability theories postured by a new plaintiffs' expert that were not previously disclosed. Plaintiffs do not intend to solicit new theories and generally expect that the opinions will be substantially similar in stating that the side

curtain airbag should have deployed in Mr. Barack's rollover accident and had it done so, he would not have sustained the injuries to his hand. Plaintiffs however, will not request any new expert to track the specific language of Mr. Mahon's report as defendants had demanded, and instead, investigate and draw his/her own conclusions.

In addition, Plaintiffs learned on Friday September 20, that under pressure from NHITSA, Honda issued a recall for certain model year Honda Odysseys due to defects in the airbag system. See attached Exhibit 1 Honda press release. Additionally, the media articles referred to another separate recall earlier in 2013 on other Honda Odyssey models for yet a different airbag problem for failure to deploy in an accident. See Exhibit 2. At no time did counsel for Honda notify plaintiffs' counsel about these recalls, let alone provide any information about them. In fact, on Friday, counsel for Honda admitted it had no intention of notifying plaintiffs about either recall and refused to provide any information about the two recent recalls claiming that they were irrelevant. Most surprising is that this year's recalls related to Odyssey models from 2003-2004 and 2009-2013 which demonstrates a lengthy period of time for Honda to address defects that are many years, even up to a decade old.

The Court will recall that Honda successfully argued (see docket entry 170 attached as Exhibit 3) that information regarding the front and side impact airbag technology was "highly relevant" to the Barack case and the Court agreed. See Exhibit 4. Accordingly, the two recent recalls, indeed any Honda recalls related to the Odyssey's airbags are "highly relevant" to the Barack case and must be immediately produced in order to keep the case on track.

Plaintiffs respectfully request permission to file a motion to compel immediate discovery on the Odyssey airbag recall issues. Nonetheless, plaintiffs do not intend to derail the proposed Scheduling Order.

Dated: New York, New York
September 23, 2013

KREINDLER & KREINDLER LLP

By: /s/ Andrew J. Maloney
Andrew J. Maloney (CT15639)
750 Third Avenue
New York, NY 10017
amaloney@kreindler.com
(212) 687-8181
(212) 972-9432
amalony@kreindler.com
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing *JOINT SCHEDULING SUBMITTAL REGARDING PLAINTIFFS NEW EXPERT* was served via ECF and email this 23rd day of September, 2013 upon:

>James M. Campbell, Esq.
>Michelle I. Schaffer, Esq.
>Campbell Campbell Edwards & Conroy
>One Constitution Plaza, Third Floor
>Boston, MA 02129
>(617) 241-3000
>jcampbell@campbell-trial-lawyers.com
>mschaffer@campbell-trial-lawyers.com
>Attorneys for Defendants

_____
Andrew J. Maloney III