UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------------- X
Ron Barack, et al.,

                                Plaintiff,        **SCHEDULING ORDER**

      -against-                              Case No. 09-cv-565 (TLM)

American Honda Motor Co., Inc., et al.,

                                Defendants
-------------------------------------------------------------- X

      The tentative jury trial date of Monday, May 14, 2014, as discussed in a telephone status conference on September 12, 2013, [Rec. Doc. 226], is confirmed.  Jury selection will commence on that date at 10:00 a.m. in the courtroom designated for trial at the Brien McMahon United States District Courthouse in Bridgeport, Connecticut.  The attorneys for the parties are to report to the courtroom at 9:30 a.m.

      **SO ORDERED.**

                                                      Tucker L. Melançon
                                                      United States District Judge

October 11, 2013
Bridgeport, CT