UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | | |
|---|---|---|
| RON BARACK and<br>DONNA MOORE BARACK, | )<br>)<br>) | |
| *Plaintiffs*, | )<br>) | 09-cv-00565 (TLM) |
| vs. | )<br>)<br>) | |
| AMERICAN HONDA MOTOR<br>COMPANY, INC., HONDA<br>MOTOR COMPANY, LTD., and<br>HONDA MANUFACTURING OF<br>ALABAMA, | )<br>)<br>)<br>)<br>)<br>) | |
| *Defendants.* | )<br>) | OCTOBER 17, 2013 |

**JOINT MOTION FOR ENTRY OF ORDER TO CONFIRM THE FORM OF THE DEFENDANTS' PRODUCTION OF DOCUMENTS PURSUANT TO THE COURT'S ORDER RELATING TO DISCOVERY OF RECALLS AS THE DOCUMENTS CONTAIN PRIVATE AND SENSITIVE NON-PARTY CUSTOMER DATA**

Pursuant to the Court's October 1, 2013 Order [Docket Entry 240] granting the plaintiffs' motion to compel discovery, the defendants have identified documents for production in response to the plaintiffs' October 2, 2013 Requests for Documents. Upon review, the defendants determined that these documents contain private and sensitive non-party customer data. Accordingly, to protect the privacy of these individuals, the parties request that the court

1

enter the Order attached as Exhibit A which would require the production to be made pursuant to the Protective Order currently in place [Docket Entry 113].

| | |
|---|---|
| RON BARACK AND<br>DONNA MOORE BARACK | HONDA MANUFACTURING OF,<br>ALABAMA, LLC, AMERICAN HONDA MOTOR<br>CO., INC., and<br>HONDA MOTOR CO., LTD |
| By their Attorneys | By their Attorneys |
| KREINDLER & KREINDLER LLP | CAMPBELL CAMPBELL EDWARDS<br>& CONROY, P.C., |
| /s/ Andrew Maloney<br>Andrew J. Maloney III, Esq. (CT15639)<br>750 Third Avenue<br>New York, NY  10017<br>Tel. No.:  (212) 687-8181<br>Fax No.: (212) 972-9432<br>amaloney@kreindler.com | /s/ Michelle I. Schaffer<br>James M. Campbell (Juris # 09276)<br>Michelle I. Schaffer (Juris # 15607)<br>One Constitution Center<br>Boston, MA 02129<br>Tel. No. (617) 241-3000<br>Fax No.: (617) 241-5115<br>jmcampbell@campbell-trial-lawyers.com<br>mschaffer@campbell-trial-lawyers.com |

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2013 a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

   Andrew J. Maloney, Esquire
   Kreindler & Kreindler
   750 Third Avenue
   New York, NY  10017

                /s/ Michelle I. Schaffer
                Michelle I. Schaffer