UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| RON BARACK, <br> and DONNA MOORE BARACK, <br><br> Vs. <br><br> AMERICAN HONDA MOTOR <br> COMPANY, INC., and HONDA <br> MOTOR COMPANY, LTD., and <br> HONDA MANUFACTURING OF <br> ALABAMA | 09-cv-00565 (TLM) <br><br><br><br><br> FEBRUARY 6, 2014 |

**THE PARTIES' JOINT MOTION TO MODIFY THE SCHEDULE
FOR THE DEPOSITION OF PLAINTIFFS' SUBSTITUTE EXPERT WITNESS**

The plaintiffs and the defendants jointly move for entry of an order modifying the deadlines relating to the deposition of the plaintiffs' substitute expert witness. This deposition is presently scheduled for March 19, 2014 with a potential earlier date of February 25, 2014.

As grounds for their motion, the parties state that they have worked together cooperatively to identify a date for the deposition of plaintiffs' substitute expert, but due to prior scheduling commitments, the deposition could not be completed within the initial time frame that the parties proposed and that was adopted by the Court. The parties anticipate that this deposition will be completed on March 19, 2014, and therefore, request that the schedule be modified so as to permit the deposition to occur on that date.

1

## RELEVANT FACTS

On December 13, 2013, the plaintiffs provided a Rule 26(a) disclosure for their substitute expert, Chris Caruso pursuant to the Court's Scheduling Order. On January 5, 2014[1], counsel for the defendants requested that counsel for the plaintiffs identify dates on which Mr. Caruso would be available for deposition. On January 9, 2014, counsel for the plaintiffs advised counsel for the defendants that the first date of availability for Mr. Caruso was February 25, 2014 and that the next date was March 19, 2014. Counsel for the defendants informed counsel for the plaintiffs that both trial counsel for the defendants expected to be on trial on February 25, 2014. The parties agreed that given the limited availability for Mr. Caruso, it would be prudent to reserve both dates for Mr. Caruso's deposition with the understanding that if an earlier date become available, plaintiffs' counsel would advise counsel for the defendants to determine if alternative scheduling could be arranged.

On January 30, 2014, counsel for the defendants inquired of counsel for the plaintiffs whether any earlier dates had become available prior to February 25, 2014. After checking with Mr. Caruso, counsel for the plaintiffs advised that nothing before February 25, 2014 had become available[2]. It was reiterated that February 25, 2014 would continue to be held, although counsel for the defendants each still expected to be on trial, and that if the deposition was not completed on that date, it would be completed on March 19, 2014 as previously discussed. The parties further discussed that they would alert the Court given that this scheduling would require the deposition to occur outside of the original scheduling adopted by the Court.

---

[1] Between December 23, 2013 and January 2, 2014, the offices for counsel for the defendants was closed for the holiday break.
[2] Counsel advised that March 13 and 14, 2014 had become available; however, counsel for the defendants now have previously scheduled commitments on those dates.

2

## ARGUMENT

The parties jointly request that the schedule for discovery related to depositions following the plaintiffs' disclosure of substitute expert witness Chris Caruso be modified so as to permit the deposition of Mr. Caruso to occur on March 19, 2014, with the understanding that if counsel for the defendants are not on trial, the deposition will occur on February 25, 2014. Counsel for both parties believe that they have tried to work cooperatively to identify mutually agreeable scheduling, but given the scheduling parameters identified herein, the deposition could not be completed within the current schedule.

Counsel do not believe that any other deadlines will be impacted by the schedule requested herein. On January 15, 2014, in accordance with the Court's Scheduling Order, the defendants served reports of experts David Mercaldi, Will Van Arsdell and Michael Carhart responding to matters raised in the report of the plaintiffs' substitute expert. Although the existing schedule would require depositions of the defendants' experts by March 1, 2014, the plaintiffs have notified the defendants that they will not seek any such depositions.

## CONCLUSION

For the foregoing reasons, the parties respectfully request that they be permitted to

complete the deposition of plaintiffs' substitute expert on or before March 19, 2014.

| | |
|---|---|
| RON BARACK AND<br>DONNA MOORE BARACK | HONDA MANUFACTURING OF,<br>ALABAMA, LLC, AMERICAN HONDA MOTOR<br>CO., INC., and<br>HONDA MOTOR CO., LTD |
| By their Attorneys | By their Attorneys |
| KREINDLER & KREINDLER LLP | CAMPBELL CAMPBELL EDWARDS<br>& CONROY, P.C., |
| /s/ Andrew Maloney<br>Andrew J. Maloney III, Esq. (CT15639)<br>750 Third Avenue<br>New York, NY  10017<br>Tel. No.: (212) 687-8181<br>Fax No.: (212) 972-9432<br>amaloney@kreindler.com | /s/ Michelle I. Schaffer<br>James M. Campbell (Juris # 09276)<br>Michelle I. Schaffer (Juris # 15607)<br>One Constitution Center<br>Boston, MA 02129<br>Tel. No. (617) 241-3000<br>Fax No.: (617) 241-5115<br>jmcampbell@campbell-trial-lawyers.com<br>mschaffer@campbell-trial-lawyers.com |

### CERTIFICATE OF SERVICE

I hereby certify that on February 6, 2013 a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

Andrew J. Maloney, Esquire
Kreindler & Kreindler
750 Third Avenue
New York, NY  10017

/s/ Michelle I. Schaffer
Michelle I. Schaffer