# EXHIBIT A

# CAMPBELL CAMPBELL EDWARDS & CONROY
PROFESSIONAL CORPORATION

ONE CONSTITUTION CENTER
THIRD FLOOR
BOSTON, MA 02129
TEL: (617) 241 3000
FAX: (617) 241 5115



30 ANNIVERSARY

MICHELLE I. SCHAFFER
(617) 241-3000

May 3, 2013

VIA ELECTRONIC and REGULAR MAIL

Noah Kushlefsky, Esquire
Andrew J. Maloney, Esquire
Kreindler & Kreindler
750 Third Avenue
New York, NY 10017

Re: Ron Barack and Donna Moore Barack v. American Honda Motor Co., Inc., Honda Motor Co., LTD. and Honda Manufacturing of Alabama, LLC
United States District Court, District of Connecticut, Docket No. 09-00565 (AWT)

Dear Counsel:

Enclosed please find a courtesy copy of the Defendants' Renewed Motion to Preclude the Testimony and Records of Treater Sabrina Breed.

Pursuant to Fed. R. Civ. P. 26(e) please provide me with any medical, psychological, psychiatric or any treatment records whatsoever for Mr. Barack that have not been produced, and in particular the records of Dr. Eugene Kalin.

Thank you.

Very truly yours,

Michelle I. Schaffer

MIS/ljb
Enclosure
cc: James M. Campbell, Esq.