

750 Third Avenue
New York, NY 10017-2703
(212) 687-8181
Fax: (212) 972-9432
www.kreindler.com
amaloney@kreindler.com
212-973-3438

April 24, 2014

Clerk's Office, Electronic Filing Department
United States District Court, District of Connecticut
915 Lafayette Boulevard
Bridgeport, Connecticut 06604

    Re:    <u>Barack v. Honda, et al.</u> – 09-cv-00565 (TLM)
              *Letter to Withdraw Previously Filed Motions*

Dear Sir or Madam,

    Several minutes ago, I electronically filed two motions, docket no.'s 263 and 264, in the referenced action which inadvertently attached exhibits that should have been filed under seal.

    I respectfully request that these motions be **immediately withdrawn** and the confidential exhibits removed from the public docket. I appreciate your assistance.

              Respectfully submitted,

              By:    /s/ Andrew J. Maloney
              Andrew J. Maloney (Bar No. CT15639)
              750 Third Avenue
              New York, NY 10017
              amaloney@kreindler.com
              (212) 687-8181

AJM/dp
cc: Michelle I. Schaffer, Esq.