UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | | |
|---|---|---|
| RON BARACK and | ) | |
| DONNA MOORE BARACK, | ) | |
| *Plaintiffs*, | ) | 09-CV-00565 (TLM) |
| | ) | |
| vs. | ) | |
| | ) | |
| AMERICAN HONDA MOTOR | ) | |
| COMPANY, INC, et al. | ) | |
| | ) | |
| *Defendants.* | ) | |

**PLAINTIFFS' MOTION TO FILE UNDER SEAL MOTION PAPERS AND EXHIBITS IN SUPPORT OF THEIR OPPOSITIONS TO HONDA MOTIONS *IN LIMINE* REGARDING PLAINTIFFS' EXPERT CHRISTOPHER CARUSO**

Pursuant to Rule 5(e) of the Local Rules of the United States District Court for the District of Connecticut, the plaintiffs hereby move this Court for leave to file under seal the following motion oppositions with supporting exhibits (hereafter "Opposition Papers"):

1. Opposition to Defendant's Motion *in Limine* to Preclude the Plaintiffs' Expert, Christopher Caruso, from Referencing Undisclosed Sources of Expert Testimony to Support his Opinions at Trial; and

2. Opposition to Defendant's Motion *in Limine* to Preclude the Plaintiffs' Expert, Christopher Caruso from Offering a new Opinion of Defect Relative to the Side Curtain Airbag.

Defendant American Honda Motor Company, Inc. ("Honda") filed its two motions on April 18, 2014.

The plaintiffs now request that the two oppositions be kept under seal until the termination of this litigation or further order of this Court.

Pursuant to Local Rule 5(e)(4)(a), a compact disc bearing caption and docket number of this case has been mailed via overnight delivery to the Office of the Clerk containing the unredacted Opposition Papers and supporting exhibits.  Paper copies of the Opposition Papers have been enclosed in the mailing as well.  To avoid placement of these confidential documents on the ECF system (making it available to the public), this Motion to Seal will be filed under the Court's ECF filing system without the Opposition Papers and supporting exhibits.

As grounds for this motion, the plaintiffs state that several exhibits in support of the Opposition Papers, and certain of the information contained within the Opposition Papers, have been designated as "Confidential-Subject to Protective Order" by Honda in this matter.  Honda asserts that these exhibits contain confidential information that cannot be disclosed to the public. Accordingly, the plaintiffs respectfully request that this information be filed under seal and not be included in the public file.

Dated:  New York, New York
        April 24, 2014

Respectfully submitted,

KREINDLER & KREINDLER LLP

By:    /s/ Andrew J. Maloney
       Andrew J. Maloney (Bar No. CT15639)
       750 Third Avenue
       New York, NY 10017
       amaloney@kreindler.com
       (212) 687-8181

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true copy of the foregoing *PLAINTIFFS' MOTION TO FILE UNDER SEAL EXHIBITS IN SUPPORT OF THEIR OPPOSITIONS TO HONDA MOTIONS IN LIMINE w*as served via ECF and email this 24th day of April, 2014 upon:

> James M. Campbell, Esq.
> Michelle I. Schaffer, Esq.
> Campbell Campbell Edwards & Conroy
> One Constitution Plaza, Third Floor
> Boston, MA 02129
> (617) 241-3000
> jcampbell@campbell-trial-lawyers.com
> mschaffer@campbell-trial-lawyers.com
> *Attorneys for Defendants*

>     /s/ Andrew J. Maloney    
> Andrew J. Maloney