UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------------- X
Ron Barack, et al.,

                                  Plaintiff,        **MINUTE ENTRY**
         -against-                              Case No. 09-cv-565 (TLM)

American Honda Motor Co., Inc., et al.,
                                                 April 25, 2014
                              Defendants
-------------------------------------------------------------- X

       A telephone conference was conducted this date by United States District Judge Tucker L. Melançon. Participating were plaintiffs' attorney Andrew Maloney and defendants' attorneys Michelle Schaffer and James Campbell. The purpose of the conference was to discuss plaintiffs' Objection to Defendants' Notice of Their Intent to Depose Eugene B. Kalin [Rec. Doc. 257] and defendants' Opposition to the Plaintiffs' Objection to Defendants' Notice of Their Intent to Depose Eugene B. Kalin [Rec. Doc. 262].

       After discussing the attorneys' relative positions related to the taking of the trial deposition of Dr. Kalin, the Court will allow the defendants to take the discovery deposition of Dr. Kalin. At trial, Dr. Kalin's deposition may be used solely for impeachment purposes, if appropriate, but only after consulting with and obtaining permission of the Court to do so at sidebar.

       Defendants' pending motions in limine [Rec. Docs. 258 and 260] were also discussed. The court deferred ruling on those motions.

       The trial date and the trial location in New Haven were discussed. The jury will be selected on Wednesday, May 14, 2014. The attorneys were instructed to be available on Monday, May 12, 2014, and Tuesday, May 13, 2014, in order for the Court to conduct any conferences and/or hearings that it determines may be necessary or advisable to expedite the trial once it

commences on May 14, 2014. The Court will notify the attorneys as soon as practically possible if and when such conferences and/or hearings will be conducted.