UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| RON BARACK, <br> and DONNA MOORE BARACK, <br><br> Plaintiffs, <br><br> v. <br><br> AMERICAN HONDA MOTOR COMPANY, INC., and HONDA MOTOR COMPANY, LTD., and HONDA MANUFACTURING OF ALABAMA, <br><br> Defendants. | 09-cv-00565 (TLM) <br><br><br><br><br><br><br><br><br><br> APRIL 28, 2014 |

## MOTION BY THE DEFENDANTS FOR THE WITHDRAWAL OF CHRISTOPHER A. CALLANAN

Now come the defendants, Honda Manufacturing of Alabama, LLC, American Honda Motor Co., Inc. and Honda Motor Co., Ltd., to request that the appearance of Christopher A. Callanan be withdrawn for reason that Mr. Callanan is no longer a member of the law firm of

Campbell Campbell Edwards and Conroy, P.C. and no longer represents the defendants in any capacity.

        HONDA MANUFACTURING OF ALABAMA, LLC,
        AMERICAN HONDA MOTOR COMPANY, INC., and
        HONDA MOTOR COMPANY, LTD.
        By their Attorneys
        CAMPBELL CAMPBELL EDWARDS &
        CONROY, P.C.,

        /s/ Michelle I. Schaffer
        James M. Campbell (Juris # 09276)
        Michelle I. Schaffer (Juris # 15607)
        One Constitution Center
        Boston, MA 02129
        Tel. No.: (617) 241-3000
        Fax No.: (617) 241-5115
        jmcampbell@campbell-trial-lawyers.com
        mschaffer@campbell-trial-lawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2014 a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Andrew J. Maloney, Esquire
Kreindler & Kreindler
750 Third Avenue
New York, NY 10017

        /s/ Michelle I. Schaffer
        Michelle I. Schaffer