UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
-------------------------------------------------------------- X
Ron Barack, et al.,

                                  Plaintiff,        **MINUTE ENTRY & ORDER**

        -against-                                      Case No. 09-cv-565 (TLM)

American Honda Motor Co., Inc., et al.,

                                Defendants
-------------------------------------------------------------- X

The court conducted a status conference on this date to discuss plaintiff's Motion in Limine to Designate the Video Deposition Testimony of Harlan Stone [Rec. Doc. 273]. Participating were plaintiff's attorney Andrew Maloney and defendants' attorneys Michelle Schaffer and James Campbell.

By agreement of the attorneys for the parties, excerpts from Harlan Stone's video deposition will be viewed by the jury. Plaintiff's motion [Rec. Doc. 273] is therefore **GRANTED**.

The procedural posture of the case and, in particular, the logistics of holding the trial in New Haven were discussed. The attorneys were instructed to keep open the dates of May 12 and 13, 2014, to resolve any issues that may be outstanding or may arise prior to May 12, 2014.

**SO ORDERED.**

                                                                       Tucker L. Melançon
                                                                       United States District Judge

May 1, 2014
Bridgeport, CT