UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| RON BARACK and ) | |
| DONNA MOORE BARACK, ) | |
| *Plaintiffs*, ) | 09-cv-00565 (TLM) |
| ) | |
| vs. ) | |
| ) | |
| AMERICAN HONDA MOTOR ) | |
| COMPANY, INC, et al.. ) | |
| ) | |
| *Defendants.* ) | |

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.1(d) of Local Rules of Civil Procedure for the United States District Court of the District of Connecticut, the undersigned attorney does hereby respectfully move that Justin T. Green be admitted to practice *pro hac vice* to appear on behalf of Plaintiffs, Ron Barack and Donna Moore Barack, in the above-captioned matter.

In support of this motion, the undersigned attorney for Plaintiffs represents as follows.

1. Mr. Green is a partner at the law firm of Kreindler & Kreindler LLP located at 750 Third Avenue, New York, New York 10017. The firm's telephone number is (212) 687-8181.

2. Mr. Green has been admitted to practice before the courts of the State of New Jersey since 1996 and State of New York since 1966.

3. Mr. Green has never been denied admission or disciplined by this Court or any other Court.

4. Mr. Green shall serve as co-counsel with the undersigned for Plaintiff.

5. This motion is accompanied by a $75.00 check for the application fee.

6.  Good cause exists for the granting of this motion, in that Mr. Green maintains an attorney-client relationship with Plaintiffs.

7.  This motion is supported by Mr. Green's affidavit, attached hereto.

Dated: May 1, 2014

Respectfully submitted,

*[signature]*

Andrew J. Maloney, III, Esq. (ct15639)
Kreindler & Kreindler LLP
750 Third Avenue
New York, NY 10017
212-687-8181

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

| | |
|---|---|
| RON BARACK and <br> DONNA MOORE BARACK, <br> *Plaintiffs*, <br><br> vs. <br><br> AMERICAN HONDA MOTOR <br> COMPANY, INC., et al., <br><br> *Defendants*. | ) <br> ) <br> )    09-cv-00565 (TLM) <br> ) <br> )    **AFFIDAVIT OF JUSTIN T. GREEN** <br> ) <br> ) <br> ) <br> ) <br> ) |

STATE OF NEW YORK  )
                              ss.:
COUNTY OF NEW YORK  )

Before me, the undersigned, personally appeared Justin T. Green, who after being duly sworn makes oath and states as follows:

(1) My full name is Justin Timothy Green.

My residence address is 482 Bellwood Avenue, Sleepy Hollow, N.Y. 10591.

My firm name is Kreindler & Kreindler LLP.

My office address is 750 Third Avenue, New York, NY 10017.

My email address is jgreen@kreindler.com.

My telephone number is (212) 973-3403.

I seek to appear in *Barack v. American Honda, et al.,* 09-cv-00565 (TLM).

I seek to represent plaintiffs Ron Barack and Donna Moore Barack.

(2) I am admitted to practice in the highest court of the State of New York, 1996 and the highest court of the State of New Jersey, 1996.

I am admitted in the following courts:
U.S. District Court of NJ, May 1, 1996
U.S. Supreme Court - May 15, 2006
Eastern District of NY, 1997
Southern District of NY, 1997

Northern District of NY, 2004
Western District of NY, 2009
US Court of Appeals for the Second Circuit, 2005

I am in good standing in all of the above-mentioned courts.

(3) I have never been admitted nor sought to be admitted in the State of Connecticut.

(4) I have never been denied the privileges of appearing *pro hac vice* in any jurisdiction.

(5) I have never been disciplined or sanctioned by the Attorney Registration Disciplinary Committee of the Supreme Court of Connecticut, or by any similar lawyer disciplinary agency in any jurisdiction, or by any similar lawyer disciplinary authority.

(6) I understand and agree to comply with the Connecticut Rules of Professional Conduct and rules governing the proceedings of the court for the case for which I am applying to appear *pro hac vice*.

(8) I consent to the disciplinary jurisdiction of the Attorney Registration Disciplinary Committee of the Supreme Court of Connecticut Attorney Registration Disciplinary Committee of the Supreme Court of Connecticut for the case for which I am applying to appear *pro hac vice* and agree to be bound by the Connecticut Rules of Professional Conduct and any other rules of conduct applicable to lawyers generally admitted in Illinois.

(9) Lawyer with whom the applicant lawyer is associated:
Andrew J. Maloney, Esq.
Kreindler & Kreindler LLP
750 Third Avenue
New York, NY 10017

(10) A certificate of good standing from the court of last resort of the licensing jurisdiction in which the applicant principally practices, or resides, is attached as an Exhibit to this affidavit and incorporated herein.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Justin T. Green

Sworn to and subscribed before me this /JT day May, 2014.

_____
Notary Public
My commission expires:

EUGENIE L. MASTERSON
Notary Public, State of New York
No. 30-4719641
Qualified in Nassau County
Term Expires October 31, 20 14

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing *Motion for Admission Pro Hac Vice and Affidavit of Justin T. Green* was served by regular mail this 6th day of May 2014 to all counsel of record as follows:

> James M. Campbell, Esq.
> Michelle I. Schaffer, Esq.
> Campbell Campbell Edwards & Conroy
> One Constitution Plaza, Third Floor
> Boston, MA 02129
> (617) 241-3000
> jcampbell@campbell-trial-lawyers.com
> mschaffer@campbell-trial-lawyers.com
> Attorneys for Defendants

_____
Andrew J. Maloney III

CERTIFICATE FROM SPONSORING ATTORNEY
(FORM MUST BE TYPED)

TO: CLERK OF THE COURT

I am writing you in support of the petition of <u>Justin T. Green</u> for admission to the bar of the U.S. District Court for the District of Connecticut.

I was admitted to the bar of the United States District Court for the District of Connecticut in: <u>Bridgeport</u>, Connecticut, on: (Month, day, and year) <u>Oct. 4, 2014</u>.

I have known the petitioner in a professional legal capacity for a total of <u>18 years</u> years/months. (Must know the petitioner for at least six months.)

Pursuant to Local Rule 83.1(b), I hereby certify the following information:

The petitioner has good professional character. Please explain how long and under what circumstances you have known the petitioner's professional character.

Mr. Green is my law partner and I have known him and his wife and children for over 15 years. He has at all times acted in a professional manner with clients, adversaries and the courts. He served his country as a Marine Corps fighter pilot in Desert Storm, is a member of his local church and contributes his free time to community organizations. He has fine moral character.

The petitioner is experienced at the bar. Please explain how long and under what circumstances you have known the petitioner's experience as an attorney.

Mr. Green is my law partner. He began as a law clerk in the NJ Federal Court. We have jointly represented multiple clients, conducted hearings and trials together and much more. He is very experienced in several State and Federal Courts. He is admitted in several Federal Courts. He is intelligent, exercises excellent legal judgment and is of fine moral character.

I know of no fact which would call into question the integrity or character of the petitioner.

Dated at (city and state) <u>New York, New York</u>, this <u>30th</u> day of <u>April</u>, 20<u>14</u>.

Signature

Andrew J. Maloney III
Typed Name of Sponsor

ct <u>15639</u>
District of Connecticut federal bar number

Kreindler & Kreindler LLP
Firm Name

750 Third Avenue
Street Address

New York, NY 10017
City, State, and Zip Code

Revised March 2011

CERTIFICATE FROM SPONSORING ATTORNEY
(FORM MUST BE TYPED)

TO: CLERK OF THE COURT

I am writing you in support of the petition of _Justin T. Green_____ for admission to the bar of the U.S. District Court for the District of Connecticut.

I was admitted to the bar of the United States District Court for the District of Connecticut in: _Bridgeport_____, Connecticut, on: (Month, day, and year) _1995_____.

I have known the petitioner in a professional legal capacity for a total of _17 years_____ years/months. (Must know the petitioner for at least six months.)

Pursuant to Local Rule 83.1(b), I hereby certify the following information:

The petitioner has good professional character. Please explain how long and under what circumstances you have known the petitioner's professional character.
I can attest to his moral and ethical character.

The petitioner is experienced at the bar. Please explain how long and under what circumstances you have known the petitioner's experience as an attorney.
I have known Mr. Green for 17 years both professionally and personally and have co-counseled with him on cases during that time. Mr. Green has previously worked on cases filed in the District of Connecticut and I have observed his work to be of a very high quality.

I know of no fact which would call into question the integrity or character of the petitioner.

Dated at (city and state) _New Haven, Connecticut_____, this _30th_____ day of _April_____, 20_14___.

Signature
Joel T. Faxon
Typed Name of Sponsor
ct 16255
District of Connecticut federal bar number
Stratton Faxon
Firm Name
59 Elm Street
Street Address
New Haven, CT 06510
City, State, and Zip Code

Revised March 2011

# Appellate Division of the Supreme Court of the State of New York First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## JUSTIN TIMOTHY GREEN

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **July 15, 1996**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**May 2, 2014**

_____
Clerk of the Court

5682

# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that* **JUSTIN TIMOTHY GREEN** *(No.* **049461995** *) was constituted and appointed an Attorney at Law of New Jersey on* **April 18, 1996** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this* **5TH** *day of* **May** *, 20* **14**.

*Clerk of the Supreme Court*

-453a-