UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
--------------------------------------------------------------- X
Ron Barack, et al.,

                              Plaintiffs,        **SCHEDULING ORDER**

      -against-                                     Case No. 09-cv-565 (TLM)

American Honda Motor Co., Inc., et al.,

                              Defendants
--------------------------------------------------------------- X

       The attorneys for the parties are to report to Courtroom 4 in the Richard C. Lee U. S. Courthouse in New Haven, Connecticut, at 2:30 p.m. EDT on Monday, May 12, 2014, to discuss issues related to the trial that commences on May 14, 2014. If necessary, the Court will reconvene on Tuesday, May 13, 2014, at 10:30 a.m. EDT. Some of the matters that the Court intends to consider may be on the record.

       **SO ORDERED.**

                                                                  _____
                                                                  Tucker L. Melançon
                                                                  United States District Judge

May 6, 2013
Bridgeport, CT