UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
--------------------------------------------------------------- X
Ron Barack, et al.,

                                       Plaintiff,        **MINUTE ENTRY**

    -against-                                         Case No. 09-cv-565 (TLM)

American Honda Motor Co., Inc., et al.,        May 13, 2014

                                  Defendants
--------------------------------------------------------------- X

       An off-the-record conference was conducted on May 12, 2014, before United States District Judge Tucker L. Melançon. Participating were plaintiff's attorney Andrew Maloney and defendants' attorneys James Campbell and Michelle Schaffer. Evidentiary objections, Plaintiffs' Re-newed Motion in Limine to Exclude or Limit the Testimony or Impeachment Material of Eugene Kalin "Ph.D." [Rec. Doc. 283], and various other pre-trial issues were discussed.

       Certain evidentiary objections were resolved as was noted at the on-the-record hearing conducted this date.