UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
--------------------------------------------------------------- X
Ron Barack, et al.,

                                              Plaintiffs,      **ORDER**
         -against-                                                         Case No. 09-cv-565 (TLM)

American Honda Motor Co., Inc., et al.,

                                              Defendants
--------------------------------------------------------------- X

Before the Court is Plaintiffs' Re-newed Motion in Limine to Exclude or Limit the Testimony or Impeachment Material of Eugene Kalin "Ph.D." [Rec. Doc. 283]. Based on the agreement between the attorneys for the parties reached at the conference conducted on May 12, 2014, and memorialized at the on-the-record conference conducted this date, it is

**ORDERED** that plaintiffs' motion [Rec. Doc. 283] is **DENIED AS MOOT.**

                                                                               Tucker L. Melançon
                                                                               United States District Judge

May 13, 2014
Bridgeport, CT