Civ-JurySel(Dec-2008)

HONORABLE T. Melancon
DEPUTY CLERK K. Falcone          RPTR/ECRO/TAPE T. Finkelstein

TOTAL TIME: 6 hours 5 minutes

DATE May 14, 2014          START TIME 10:00   END TIME 5:05
LUNCH RECESS FROM 1:15   TO 2:15
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. 09cv565(TLM)

Barack

vs.

American Honda Motor Co Inc.

Andrew Maloney, Justin Green
Plaintiffs Counsel

James Campbell, Michelle
Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

- [ ] Call of the Calendar held      [ ] Call of the Calendar over to _____
- [✓] [✓] Jury Selection held   [ ] Jury Selection continued until _____
- [ ] # ___ Motion _____   [ ] granted [ ] denied [ ] advisement
- [ ] # ___ Motion _____   [ ] granted [ ] denied [ ] advisement
- [ ] # ___ Motion _____   [ ] granted [ ] denied [ ] advisement
- [ ] # ___ Motion _____   [ ] granted [ ] denied [ ] advisement
- [ ] _____   [ ] filed [ ] docketed
- [ ] _____   [ ] filed [ ] docketed
- [ ] _____   [ ] filed [ ] docketed
- [ ] _____   [ ] filed [ ] docketed
- [✓] 44 # jurors present
- [✓] Voir Dire oath administered by Clerk [ ] previously administered by Clerk
- [✓] Voir Dire by Court
- [✓] Peremptory challenges exercised
- [✓] Jury of 9 drawn (See attached) [✓] and sworn [ ] Jury Trial commences
- [✓] Remaining jurors excused
- [ ] Discovery deadline set for _____
- [ ] Disposition Motions due _____
- [ ] Joint trial memorandum due _____
- [✓] Trial continued until 5/15/14 at 10:00 a.m
- [ ] COPY TO: JURY CLERK with juror lists