Civil-Trial (3/7/2011)

HONORABLE: T. Melancon
DEPUTY CLERK: K. Falcone
RPTR/ECRO/TAPE: T. Finkelstein

TOTAL TIME: 6 hours 35 minutes
DATE: May 15, 2014   START TIME: 10:00   END TIME: 5:35
LUNCH RECESS FROM: 1:15 TO: 2:15
RECESS (if more than ½ hr) FROM: _____ TO: _____

CIVIL NO. 3:09cv565(TLM)

Barack et al

vs

American Honda Motor Co Inc. et al

Andrew Maloney, Justin Green
Plaintiff's Counsel

James Campbell, Michelle Schaffer
Defendant's Counsel

### CIVIL JURY/COURT TRIAL

[X] Jury of 9 reported. [ ] Jury sworn
[ ] Juror # _____ excused.
[X] Jury Trial held [X] Jury Trial continued until May 16th at 10:00 a.m.
[ ] Court Trial begun [ ] Court Trial held [ ] Court Trial continued until _____
[ ] Court Trial concluded [ ] DECISION RESERVED
[ ] # _____ Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] # _____ Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] # _____ Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] # _____ Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] Oral Motion _____ [ ] granted [ ] denied [ ] advisement
[ ] _____ [ ] filed [ ] docketed
[ ] _____ [ ] filed [ ] docketed
[ ] _____ [ ] filed [ ] docketed
[ ] _____ [ ] filed [ ] docketed
[ ] _____ [ ] filed [ ] docketed
[ ] Plaintiff(s) rests [ ] Defendant(s) rests
[ ] Briefs(s) due [ ] Pltf _____ [ ] Deft _____ [ ] Reply _____
[ ] Summations held [ ] Court's Charge to the Jury
[ ] All full exhibits, [ ] Verdict form, [ ] Interrogatories to the jury handed to jury
[ ] Jury commences deliberations at _____
[ ] Court orders jury to be fed at government expense (bill w/copy of jury sign-in sheet to finance clerk
[ ] SEE page 2 for verdict
[X] COPY TO: JURY CLERK with daily juror attendance sign-in sheet