Civil-Trial (3/7/2011)

HONORABLE: T. Melancon
DEPUTY CLERK: K. Falcone    RPTR/ECRO/TAPE: T. Finkelstein
TOTAL TIME: 9 hours 40 minutes
DATE: 5/27/14    START TIME: 9:30    END TIME: 7:10
LUNCH RECESS    FROM: 1:00 p.m.    TO: 2:00 p.m.
RECESS (if more than ½ hr)    FROM: _____    TO: _____

CIVIL NO. 3:09cv565(TLM)

Barack et al

vs

American Honda Motor Co. Inc. et al

Andrew Maloney, Justin Green
Plaintiff's Counsel

James Campbell, Michelle Schaffer
Defendant's Counsel

## CIVIL JURY/COURT TRIAL

[X] Jury of __9__ reported.  [ ] Jury sworn
[ ] Juror # _____ excused.
[X] Jury Trial held  [X] Jury Trial continued until May 28th at 9:30 a.m.
[ ] Court Trial begun  [ ] Court Trial held  [ ] Court Trial continued until _____
[ ] Court Trial concluded  [ ] DECISION RESERVED

[ ] ....#____ Motion _____    [ ] granted [ ] denied [ ] advisement
[ ] ....#____ Motion _____    [ ] granted [ ] denied [ ] advisement
[ ] ....#____ Motion _____    [ ] granted [ ] denied [ ] advisement
[ ] ....#____ Motion _____    [ ] granted [ ] denied [ ] advisement
[ ] ...... Oral Motion _____    [ ] granted [ ] denied [ ] advisement
[ ] ...... Oral Motion _____    [ ] granted [ ] denied [ ] advisement
[ ] ...... Oral Motion _____    [ ] granted [ ] denied [ ] advisement
[ ] ...... Oral Motion _____    [ ] granted [ ] denied [ ] advisement
[ ] ...... _____    [ ] filed [ ] docketed
[ ] ...... _____    [ ] filed [ ] docketed
[ ] ...... _____    [ ] filed [ ] docketed
[ ] ...... _____    [ ] filed [ ] docketed
[ ] ...... _____    [ ] filed [ ] docketed

[ ] ...... Plaintiff(s) rests  [ ] Defendant(s) rests
[ ] ...... Briefs(s) due  [ ] Pltf _____  [ ] Deft _____  [ ] Reply _____
[ ] ...... [ ] Summations held  [ ] Court's Charge to the Jury
[ ] ...... All full exhibits, [ ] Verdict form, [ ] Interrogatories to the jury handed to jury
[ ] ...... Jury commences deliberations at _____
[ ] ...... Court orders jury to be fed at government expense (bill w/copy of jury sign-in sheet to finance clerk)
[ ] ...... SEE page 2 for verdict
[ ] ...... COPY TO: JURY CLERK with daily juror attendance sign-in sheet