Civil-Trial (3/7/2011)

HONORABLE: T. Melancon
DEPUTY CLERK: K. Falcone          RPTR/ECRO/TAPE: T. Finkelstein
TOTAL TIME: 7 hours 5 minutes
DATE: 5/28/14    START TIME: 9:30    END TIME: 5:35
LUNCH RECESS    FROM: 1:00    TO: 2:00
RECESS (if more than ½ hr)    FROM: ____    TO: ____

CIVIL NO. 3:09cv565(TLM)

Barack et al

vs

American Honda Motor Co. Inc. et al

Andrew Maloney, Justin Green
Plaintiff's Counsel

James Campbell, Michelle Schaffer
Defendant's Counsel

## CIVIL JURY/COURT TRIAL

- [x] Jury of 9 reported.  [ ] Jury sworn
- [ ] Juror # ____ excused.
- [x] Jury Trial held  [x] Jury Trial continued until May 29th at 10:00 a.m.
- [ ] Court Trial begun  [ ] Court Trial held  [ ] Court Trial continued until ____
- [ ] Court Trial concluded  [ ] DECISION RESERVED
- [ ] # ___ Motion _____  [ ] granted [ ] denied [ ] advisement
- [ ] # ___ Motion _____  [ ] granted [ ] denied [ ] advisement
- [ ] # ___ Motion _____  [ ] granted [ ] denied [ ] advisement
- [ ] # ___ Motion _____  [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion _____  [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion _____  [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion _____  [ ] granted [ ] denied [ ] advisement
- [ ] Oral Motion _____  [ ] granted [ ] denied [ ] advisement
- [ ] _____  [ ] filed [ ] docketed
- [ ] _____  [ ] filed [ ] docketed
- [ ] _____  [ ] filed [ ] docketed
- [ ] _____  [ ] filed [ ] docketed
- [ ] _____  [ ] filed [ ] docketed
- [ ] Plaintiff(s) rests  [ ] Defendant(s) rests
- [ ] Briefs(s) due [ ] Pltf ____ [ ] Deft ____ [ ] Reply ____
- [ ] Summations held  [ ] Court's Charge to the Jury
- [ ] All full exhibits, [ ] Verdict form, [ ] Interrogatories to the jury handed to jury
- [ ] Jury commences deliberations at ____
- [x] Court orders jury to be fed at government expense (bill w/copy of jury sign-in sheet to finance clerk)
- [ ] SEE page 2 for verdict
- [ ] COPY TO: JURY CLERK with daily juror attendance sign-in sheet