UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
---------------------------------------------------------------- X
Ron Barack, et al.,

                                        Plaintiff,      **JUDGMENT**

          -against-                                Case No. 09-cv-565 (TLM)

American Honda Motor Co., Inc., et al.,

                                        Defendants
---------------------------------------------------------------- X

      This case was tried to a jury on May 15, 16, 19, 20, 21, 22, 23, 27, 28, 29, and 30, 2014. Pursuant to the jury verdict rendered this date, it is

      **ORDERED** that judgment be and is hereby entered in favor of defendants, Honda Motor Co., Ltd., Honda Manufacturing of Alabama, LLC and American Honda Motor Co. Inc., and against plaintiffs Ron Barack and Donna Barack.

      **IT IS FURTHER ORDERED** that defendants' Rule 50 motion [Rec. Docs. 297, 299, and 301] are **DENIED AS MOOT**.

      **IT IS FURTHER ORDERED** that plaintiffs Ron Barack and Donna Barack are hereby cast with the costs of this proceeding, pursuant to Fed. R. Civ. P. 54(d).

      **IT IS FURTHER ORDERED** that this matter be **DISMISSED WITH PREJUDICE**.

      **SO ORDERED.**

                                                            _____
                                                             Tucker L. Melançon
                                                             United States District Judge

May 30, 2014
New Haven, CT