

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| 450 Main Street | 141 Church Street | 915 Lafayette Boulevard |
| --- | --- | --- |
| Hartford, CT  06103 | New Haven, CT  06510 | Bridgeport, CT  06604 |
| Phone: 860.240.3200 | Phone: 203.773.2140 | Phone: 203.579.5861 |
| Fax: 860.240.3211 | Fax: 203.773.2334 | Fax: 203.579.5867 |

**Robin D. Tabora**
Clerk

**Dinah Milton Kinney**
Chief Deputy Clerk

**Jane R. Bauer**
Operations Manager

**Andrea Perce**
Human Resources Manager

**Christopher Newton**
Information Technology Manager

**Melissa Ruocco**
Division Manager, Hartford

**Bryan Blough**
Division Manager, Bridgeport

June 13, 2014

Campbell, Campbell, Edwards and Conroy, PC,
One Constitution Center 3rd Floor
Boston, MA 02129

Dear Attorney Campbell:

RE:   Case Name:   Barack v American Honda
      Case Number:   3:09cv565(TLM)

As the above matter has concluded in this court:

The Defendant's Exhibit(s) is/are too bulky to send through the mail.

Please call the undersigned, between the hours of 9:00 A.M. and 4:00 P.M. to arrange for the Exhibit(s) to be picked up.

If they are not picked up by 6/30/2014, they will be destroyed pursuant to Local Rule 83.6(e).

Thank you for your cooperation.

Sincerely,

ROBIN D. TABORA, CLERK

By _____
   Kathleen Falcone
   Deputy Clerk

ACKNOWLEDGEMENT: _P. Franco_   DATE: _6/24/14_

WORLD
COURIER
GROUND