UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| ------------------------------------------------------- | : | |
| | : | |
| **RON BARACK, at al** | : | Case No.  3:09-CV-565 |
| | : | |
| **V.** | : | |
| | : | |
| **AMERICAN HONDA MOTOR CO., INC.** | : | June 27, 2014 |
| ------------------------------------------------------- | : | |

MOTION FOR 30 DAY EXTENSION
OF TIME TO APPEAL

    Byron Paul Yost, Esq, post judgment Counsel for the Plaintiffs, Ron Barack and Donna Moore Barack, hereby moves the Court, in accordance with and pursuant to Rule 60(b)(6) of the Fed Rules of Civil Procedure., for a thirty day extension of the time to file an appeal, and in support thereof, represents as follows:

1. Judgment in the above matter entered on May 30, 2014 following a jury trial. The judgment awarded costs against the Plaintiffs in an amount to be determined which amount has yet to be determined.

2. The time to file a Notice of Appeal will expire on June 30, 2014.

3. FRAP 4(A)(6) permits the District Court to grant this extension.

4. Plaintiffs only recently received their trial counsel's post judgment memorandum.

5. Plaintiffs have been engaging directly in post judgment discussions with Defendant's in house counsel as well as discussions with proposed appellate counsel.

6. The additional time is needed to explore post judgment options, to review the transcripts, and to further post judgment negotiations which Plaintiffs have started with Defendant's in house counsel.

WHEREFORE, Plaintiffs are seeking this brief extension of their time to commence an appeal should they determine one is warranted.

Dated: June 27, 2014

        RON BARACK and DONNA MOORE BARACK,
        PLAINTIFFS


        by_____
            Byron Paul Yost (ct08180), their attorney
        50 Washington Street, 4th Fl
        Norwalk, CT 06854
        Tel. 1-267-626-8160
        Fax 203-853-9429
        Email: [ByronYostEsq@comcast.net](mailto:ByronYostEsq@comcast.net)