UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------------------------------- X
Ron Barack, et al.,

                            Plaintiff,      **ORDER**

  -against-                            Case No. 09-cv-565 (TLM)

American Honda Motor Co., Inc., et al.,

                            Defendants
------------------------------------------------------------- X

     Before the Court is plaintiffs' Motion for 30 Day Extension of Time to Appeal [Rec. Doc. 321], requesting that the Court, pursuant to Federal Rule of Appellate Procedure ("FRAP") 4(a)(6), grant a thirty-day extension of time for plaintiffs to file an appeal of the jury verdict rendered and judgment entered in favor of defendants and against plaintiffs on May 30, 2014 [Rec. Doc. 313]. After due consideration, it is

     **ORDERED** that the court will grant an extension of fourteen (14) days for plaintiffs to file an appeal under FRAP 4(a)(5), rather than FRAP 4(a)(6), upon finding that plaintiffs' motion was timely and there is good cause, due to (1) plaintiffs' counsel making his first appearance in the case today [Rec. Doc. 320], (2) plaintiffs' counsel's representation that defendants' in-house counsel is engaged in post-judgment discussions with him, and (3) plaintiffs' counsel's representation that he requires more time to review the transcripts and explore post-judgment options. Plaintiff's attorney must therefore file an appeal on plaintiff's behalf on or before Monday, July 14, 2014, at 5:00 p.m. EDT.

     No further extension of the extended deadline will be considered by the Court, short of a force majeure.

     **SO ORDERED.**

                                                               Tucker L. Melançon
                                                               United States District Judge

June 27, 2014
Bridgeport, CT